# EXHIBIT A

SUPREME COURT
STATE OF NEW YORK
COUNTY OF ERIE
-----------------------------------------------------------------X
AEGIS SECURITY INSURANCE COMPANY
2407 Park Drive, Suite 200
Harrisburg, PA 17110

                                    Plaintiff,

-vs.-

STROCK ENTERPRISES, LTD.
2095 Old Union Road
Cheektowaga, NY 14227

STROCK CONTRACTING, INC.
2095 Old Union Road
Cheektowaga, NY 14227

DAVID L. STROCK
70 Covent Garden Lane
Williamsville, NY 14221

LISA M. STROCK
70 Covent Garden Lane
Williamsville, NY 14221

LEE A. STROCK
581 N. Blossom Road
Elma, NY 14059

ROSEMARY A. VINCI STROCK
581 N. Blossom Road
Elma, NY 14059

                                    Defendants.
-----------------------------------------------------------------X

**SUMMONS**

INDEX NO.: _____

GREETNGS:  You are hereby summoned to answer the attached complaint in this

action and to serve a copy of your answer on the Plaintiff's attorney within 20 days after

the service of this summons, exclusive of the day of service (or within 30 days after the

service is complete if this summons is not personally delivered to you within the State of

1

New York); and in case of your failure to appear or answer, judgment will be taken

against you by default for the relief demanded in the attached complaint.

The basis of venue is the residence of the defendants herein.

Dated: October 31, 2017

Romano, Garubo & Argentieri
Attorneys for Plaintiff
Daniel P. Gerwig, Of Counsel
135 Cedar Street
Corning, New York 14830
(607) 962-2479

2

SUPREME COURT
STATE OF NEW YORK
COUNTY OF ERIE

-----------------------------------------------------------------X

AEGIS SECURITY INSURANCE COMPANY
2407 Park Drive, Suite 200
Harrisburg, PA 17110

                    Plaintiff,

    -V.-

STROCK ENTERPRISES, LTD.
2095 Old Union Road
Cheektowaga, NY 14227

STROCK CONTRACTING, INC.
2095 Old Union Road
Cheektowaga, NY 14227

DAVID L. STROCK
70 Covent Garden Lane
Williamsville, NY 14221

LISA M. STROCK
70 Covent Garden Lane
Williamsville, NY 14221

LEE A. STROCK
581 N. Blossom Road
Elma, NY 14059

ROSEMARY A. VINCI STROCK
581 N. Blossom Road
Elma, NY 14059

                    Defendants.

-----------------------------------------------------------------X

**COMPLAINT**

INDEX NO.: _____

Plaintiff, AEGIS SECURITY INSURANCE COMPANY, through its undersigned counsel,

sets forth the following as and for its Complaint against Defendants, STROCK

ENTERPRISES, LTD., STROCK CONTRACTING, INC., DAVID L. STROCK, LISA M.

STROCK, LEE A. STROCK, and ROSEMARY A. VINCI STROCK:

1

**PARTIES:**

1.      Plaintiff, Aegis Security Insurance Company ("Aegis" or "Plaintiff" or "Surety"), is a corporation incorporated under the laws of the Commonwealth of Pennsylvania that maintains its principal place of business in Dauphin County, Commonwealth of Pennsylvania at 4507 North Front Street, Suite 200, Harrisburg, Pennsylvania.

2.      Defendant, Strock Enterprises, Ltd., is a corporation conducting business at the above-captioned address.

3.      Defendant, Strock Contracting, Inc., is a corporation conducting business at the above-captioned address.

4.      Defendant, David L. Strock is an adult individual and resides at the above-captioned address.

5.      Defendant, Lisa M. Strock is an adult individual and resides at the above-captioned address.

6.      Defendant, Lee A. Strock is an adult individual and resides at the above-captioned address.

7.      Defendant, Rosemary A. Vinci Strock is an adult individual and resides at the above-captioned address.

8.      Said defendants have at all times relevant herein conducted business with Surety.

**FIRST COUNT**

9.      Plaintiff repeats each and every allegation contained in the foregoing paragraphs 1 through 10 as if same were more fully set forth herein at length.

2

10.     Defendant, Strock Enterprises, Ltd. is the Principal and Defendants, Strock Contracting, Inc., David L. Strock, Lisa M. Strock, Lee A. Strock, and Rosemary A. Vinci Strock, are the Indemnitors under that certain Agreement of Indemnity ("Strock AOI") dated and executed on March 18, 2015. A true copy of the original of said Strock AOI, including signatures of executing Defendants, is annexed hereto as Exhibit 1 of this Complaint.

11.     Thereafter, and in consideration of the terms and provisions of the Strock AOI agreed upon by the Defendants, and in reliance upon the Strock AOI, Aegis issued various payment and performance surety bonds to its Principal, Defendant, Strock Contracting, Inc., for use by the Defendant in conducting its construction business for projects which required a surety bond thereon.

12.     For purposes of the present action, Aegis furnished the following Bonds:

(a)     Payment and Performance Bonds B10 024 802 to Obligee, Army Contracting Command, dated March 19, 2015, pursuant to a construction contract between Obligee and Defendant, Strock Enterprises, Ltd., to replace underground water lines post wide under Contract No.: W911PT-15-C-0004, and pursuant to a Bond Rider dated April 16, 2015, said bond is in the aggregate penal sum of $4,430,555.92;

(b)     Payment and Performance Bonds B10 024 813 to Obligee, USACE Buffalo, dated April 27, 2015, pursuant to a construction contract between Obligee and Defendant, Strock Enterprises, Ltd., for the purpose of MT Morris Dam Debris Removal 2015 under Contract No.: W912P4-15-D-0003-0001, which bond is in the aggregate penal sum of $282,915.00;

3

(c)     Payment Bond B10 026 037 to Obligee, Operational Contracting Office, dated August 27, 2015, pursuant to a construction contract between Obligee and Defendant, Strock Enterprises, Ltd., to repair vehicle inspection building 894 under Contract No.: FA6670-14-D-0003-0002, which bond is in the aggregate penal sum of $47,405.26; and

(d)     Payment and Performance Bonds B10 026 043 to Obligee, Fort Drum MICC, dated September 14, 2015, pursuant to a construction contract between Obligee and Defendant, Strock Enterprises, Ltd., to repair Borland Road under Contract Nos.: W911S2-12-D-8005 and W911S2-12-D-8005-0012, which bond is in the aggregate penal sum of $739,274.00;

(e)     Payment and Performance Bonds B10 026 045 to Obligee, Operational Contracting Office, 914 CONG/LGC, dated September 28, 2015, pursuant to a construction contract between Obligee and Defendant, Strock Enterprises, Ltd., to demolish building 811 under Contract No.:  FA6670-14-D-0003-0003, which bond is in the aggregate penal sum of $53,951.34;

(f)     Payment and Performance Bonds B10 026 046 to Obligee, Operational Contracting Office, 914 CONG/LGC, dated September 28, 2015, pursuant to a construction contract between Obligee and Defendant, Strock Enterprises, Ltd., to renovate building 700 under Contract No.:  FA6670-14-D-0003-0004, which bond is in the aggregate penal sum of $539,998.86;

(g)     Payment and Performance Bonds B10 026 047 to Obligee, Operational Contracting Office, 914 CONG/LGC, dated September 28, 2015, pursuant to a construction contract between Obligee and Defendant, Strock Enterprises, Ltd., to

4

repair indoor range building 427 under Contract No.: FA6670-14-D-0003-0005, which bond is in the aggregate penal sum of $29,971.46;

(h)    Payment and Performance Bonds B10 026 049 to Obligee, Operational Contracting Office, 914 CONG/LGC, dated October 6, 2015, pursuant to a construction contract between Obligee and Defendant, Strock Enterprises, Ltd., to repair building 907 under Contract No.:  FA6670-14-D-0003-0006, which bond is in the aggregate penal sum of $206,658.69;

(i)    Payment and Performance Bonds B10 026 600 to Obligee, Operational Contracting Office, 914 CONG/LGC, dated October 6, 2015, pursuant to a construction contract between Obligee and Defendant, Strock Enterprises, Ltd., to repair building 827 under Contract No.:  FA6670-14-D-0003-0008, which bond is in the aggregate penal sum of $57,242.00;

(j)    Payment and Performance Bonds B10 026 624 to Obligee, Operational Contracting Office, 914 CONG/LGC, dated April 5, 2016, pursuant to a construction contract between Obligee and Defendant, Strock Enterprises, Ltd., to repair building number 600 under Contract No.:  FA6670-14-D-0003-0007, which bond is in the aggregate penal sum of $211,967.34;

(k)    Payment and Performance Bonds B10 027 607 to Obligee, MICC Fort Drum, dated May 16, 2016, pursuant to a construction contract between Obligee and Defendant, Strock Enterprises, Ltd., to repair storm drainage at P25 and P26 under Contract Nos.:  W911S2-12-D-8005 and W911S2-12-D-8005-0013, which bond is in the aggregate penal sum of $234,714.00; and

5

(l)      Payment and Performance Bonds B10 027 614 to Obligee, USACE

– Buffalo, dated May 27, 2016, pursuant to a construction contract between Obligee and

Defendant, Strock Enterprises, Ltd., for MT Morris Dam Debris Removal 2016 under

Contract No.:  W912P4-15-D-0003-0002, which bond is in the aggregate penal sum of

$311,575.00.

True copies of the bonds are annexed hereto and incorporated herein as, Group

Exhibit "2", of this Complaint.

13.      To date, Aegis received various claims against the bonds issued by Aegis

to Defendant, Strock Enterprises, Ltd.

14.      Pursuant to its rights under the Strock AOI, Aegis has settled certain

claims as follows:

(a)      A.J. Vel, Ltd. For the sum of $4,020.50 under Bond B10 024 802;

(b)      ANJO Construction, Ltd. for the sum of $649,925.54 under Bond

B10 024 802;

(c)      Anderson Equipment Company (NY), Inc. for the sum of $3,460.32

under Bond B10 024 802;

(d)      HD Supply Waterworks, Ltd. for the sum of $23,544.22 under Bond

B10 024 802;

(e)      McWane Ductile for the sum of $64,169.05 under Bond B10 024

802;

(f)      New Castle Asphalt, LLC for the sum of $75,382.32 under Bond

B10 024 802;

6

(g)     R.J. Valente Gravel, Inc. for the sum of $20,871.54 under Bond B10 024 802;

(h)     Ryan Hecht for the sum of $80,718.35 under Bond B10 024 802;

(i)     Storage Solutions of NY, Inc. for the sum of $53,422.50 under Bond B10 024 802;

(j)     The Vellano Corporation for the sum of $364,065.20 under Bond B10 024 802;

(k)     Tradesman International, LLC for the sum of $5,404.57 under Bond B10 024 802;

(l)     United Risk Management for the sum of $1,518.00 under Bond B10 024 802;

(m)     V. Zappala & Co., Inc. for the sum of $1,648.40 under Bond B10 024 802;

(n)     Dave Reisdorf, Inc. for the sum of $6,106.18 under Bond B10 024 813;

(o)     Ferguson Enterprises d/b/a Ferguson Waterworks for the sum of $29,550.66 under Bond B10 026 037;

(p)     Aubertine & Currier Architects for the sum of $27,658.65 under Bond B10 026 043;

(q)     Ballou Trucking for the sum of $30,720.00 under Bond B10 026 043;

(r)     Camp Precast Concrete Products, Inc. for the sum of $16,500.00 under Bond B10 026 043;

7

(s)    Hanson Aggregates of New York, LLC for the sum of $78,708.99 under Bond B10 026 043;

(t)    Kevin Eddy Trucking for the sum of $5,865.00 under Bond B10 026 043;

(u)    McQuade & Bannigan, Inc. for the sum of $17,416.20 under Bond B10 026 043;

(v)    Clarence Wall & Ceiling, Inc. for the sum of $9,775.60 under Bond B10 026 046;

(w)    Salerno Paint & Paper, Inc. for the sum of $36,500.00 under Bond B10 026 046;

(x)    RP Mechanical for the sum of $12,502.00 under Bond B10 026 600;

(y)    O'Connell Electric Co., Inc. for the sum of $975.13 under Bond B10 026 600;

(z)    Heritage Contracting Flooring, LLC for the sum of $7,899.00 under Bond B10 026 624;

(aa)    Metro Contracting & Environmental, Inc. for the sum of $1,900.00 under Bond B10 026 624;

(bb)    RP Mechanical for the sum of $15,925.55 under Bond B10 026 624;

(cc)    Aubertine & Currier Architects for the sum of $526.70 under Bond B10 027 607;

8

(dd)   Camp Precast Concrete Products, Inc. for the sum of $41,000.00 under Bond B10 027 607;

(ee)   Economy Construction Services, LLC for the sum of $32,825.00 under Bond B10 027 614; and

(ff)   OSC Manufacturing & Equipment Svs, Inc. for the sum of $41,598.47 under Bond B10 027 614.

15.   Paragraph 1(c) of the AOI defines an "Event of Default" to include, in pertinent parts:

*(iii)  any failure, delay, refusal or inability of the Principal to pay claims, bills, . . . or other indebtedness incurred in, or in connection with the performance of any Contract to the extent due, in whole or in part;*

*(iv)  any failure to perform or comply with, any of the terms covenants or obligations set forth in [the] Agreement, including, but not limited to, any Additional Covenant set forth and annexed [to the Agreement];*

*(v)  any failure to pay or discharge, when due, an indebtedness of any Indemnitor to the Surety, including, but not limited to the payment of . . . attorney's fees and the costs of enforcing [the] Agreement; and*

*(x)  any other material change in the Principal's business operation or financial       condition or the happening of any event other than those specified [in paragraph 1] which, in the  Surety's sole opinion, may expose the Surety to loss, cost or expense.*   (italicized emphasis added.)

16.   Defendants have breached the Strock AOI by defaulting pursuant to its terms and provision and as a result of said default, have caused Aegis or exposed

9

Aegis to aggregate claims, losses, expenses, or damages in the aggregate amount to date of $1,602,054.45, attorney's fees, expert and consultant costs and expenses of litigation investigation and defense in the amount of $129,950.81, for an aggregate loss and damage amount of $1,732,005.26.

WHEREFORE, Plaintiff, Aegis Security Insurance Company prays the Honorable Court enter judgment in favor of Plaintiff, AEGIS SECURITY INSURANCE COMPANY, and against Defendants, STROCK ENTERPRISES, LTD., STROCK CONTRACTING, INC., DAVID L. STROCK, LISA M. STROCK, LEE A. STROCK, and ROSEMARY A. VINCI STROCK, , individually and jointly, in the Principal Sum of $1,602,054.45 plus attorney's fees, expert and consulting fees and expenses of litigation investigation and defense in the amount of $129,950.81, for an aggregate loss and damage amount of $1,732,005.26, plus costs and disbursements with interest at nine percent (9%) per annum, along with any further or different relief that the court may deem reasonable.

Dated:    3/   October 2017

Respectfully submitted:

Romano, Garubo & Argentieri
Attorneys for Plaintiff
Daniel P. Gerwig, Of Counsel
135 Cedar Street
Corning, New York 14830
(607) 962-2479

10

VERIFICATION

STATE OF CALIFORNIA  )
COUNTY OF San Diego_____ )

_Micah Schwartz_____, of On Point Risk Solutions, Inc., as authorized agent
of AEGIS SECURITY INSURANCE COMPANY hereby states:  I am a Surety Claims
Consultant for On Point Risk Solutions, Inc., the authorized agent for the plaintiff herein
and I am authorized to make this verification, that I have read the contents of the
foregoing Complaint and the same is true to my own knowledge except for those
matters based upon information and belief, and as to those matters I believe the same
to be true.  Verification of payment for the claims made herein is based upon the
plaintiff's business records.

_____
MICAH SCHWARTZ, On Point Risk Solutions, Inc.,
as authorized agent of
AEGIS SECURITY INSURANCE COMPANY

Sworn to before me on
_25_ October 2017.

_____
Notary Public

(Affix Stamp or Seal)

See attached

11

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 25th
day of October , 20 17 , by Micah Schwartz

proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

KIM GRANFORS
COMM. #2124857
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
SEPTEMBER 23, 2019

CSC1    CSC2

(Seal)                         Signature

# EXHIBIT "Aegis 1"

## AGREEMENT OF INDEMNITY

**THIS IS AN IMPORTANT DOCUMENT WHICH AFFECTS YOUR RESPONSIBILITIES AND OBLIGATIONS TO AEGIS SECURITY INSURANCE COMPANY WITH REGARD TO THE BOND FOR WHICH YOU HAVE APPLIED AND ANY FUTURE BONDS WHICH MAY BE ISSUED TO YOU OR ON YOUR BEHALF. READ THIS DOCUMENT CAREFULLY, AND IF YOU HAVE ANY QUESTIONS OR DO NOT UNDERSTAND IT FULLY, CONSULT WITH YOUR ATTORNEY.**

THIS Agreement of Indemnity (hereinafter referred to as the "Agreement"), made and entered into this **18th** day of **March 2015**, by **Streck Enterprises, Ltd. 2095 Old Union Road, Cheektowaga, NY 14227** (Insert full name and address of Contractor), (hereinafter referred to as the "Principal") and **Streck Contracting, Inc. 2095 Old Union Road, Cheektowaga, NY 14227; David L. Streck, 109 The Village Green, Williamsville, NY 14221; Lisa M. Streck, 109 The Village Green, Williamsville, NY 14221; Lee A. Streck, 581 N. Blossom Road, Elma, NY 14059 ; Rosemary A. Vinci Streck, 581 N. Blossom Road, Elma, NY 14059** (Insert full names and addresses of Indemnitors, if any), (hereinafter referred to as "the Indemnitors") and AEGIS SECURITY INSURANCE COMPANY, Harrisburg, Pennsylvania (hereinafter referred to as the "Surety").

The Principal, in its own name or as co-venturer with others, or the Indemnitors (or any of them) may desire or be required to give or procure Bonds now or in the future, or may desire to cause the Surety to refrain from canceling such Bonds. The Principal and Indemnitors understand that the Surety expressly requires the execution and delivery of this Agreement as part of the consideration for either issuing or from refraining from canceling such Bonds, either now or in the future. The Principal and the Indemnitors have substantial, material or beneficial interest in obtaining, renewing, continuing or substituting such Bonds. The Surety has relied upon and will continue to rely upon the representations of the Principal and the Indemnitors as to their character, identity, control, beneficial ownership, financial condition and existence in executing, renewing, continuing or substituting such Bonds. All financial information documents and schedules provided to the Surety by Indemnitors or the Principal are incorporated herein by reference thereto.

In consideration of the foregoing, the promises set forth herein, and other good and valuable consideration, the receipt and sufficiency of which is expressly acknowledged by the undersigned, the Principal and the Indemnitors for themselves, their heirs, executors, administrators, successors, subsidiaries, parents and assigns, present or future, jointly and severally, whether alone or in joint venture with others not named herein, hereby covenant and agree with the Surety as follows:

1.    **Definitions.** As used in this Agreement, the following terms shall have the following respective meanings:

(a)    "Bond" or "Bonds" means any undertaking, contract of suretyship, guaranty or indemnity, an agreement or consent to provide such an undertaking or contract, and the continuation, extension, alteration, renewal or substitution of such an undertaking, contract, agreement or consent, whether with the same or different penalties or conditions executed or procured by the Surety on behalf of the Principal.

(b)    "Contract" means an agreement between the Principal and a third party, together with all associated documents (including, but not limited to, general and special conditions, specifications and drawings that are a part of the contract) that may be the subject matter of one or more Bonds executed on behalf of Principal and by Surety.

(c)    "Event of Default" means any one or more of the following: (i) any declaration of default by an obligee on any Bond; (ii) any abandonment, forfeiture or breach of, or failure, refusal or inability to perform any Contract or obligation which is the subject of any Bond, whether actual or alleged; (iii) any failure, delay, refusal or inability of the Principal to pay claims, bills, Bond premiums, or other indebtedness incurred in, or in connection with the performance of any Contract, to the extent due, in whole or in part; (iv) any failure to perform or comply with, any of the terms, covenants or obligations set forth in this Agreement, including, but not limited to, any Additional Covenants set forth and annexed hereto; (v) any failure to pay or discharge, when due, an indebtedness of any Indemnitor to the Surety, including, but not limited to the payment of Bond premiums and fees, payments in exoneration attorney's fees and the cost of enforcing this Agreement; (vi) any assignment by the Principal for the benefit of creditors or any appointment or application by the Principal of a receiver or trustee for the Principal or its property, whether insolvent or not, or any application by the Principal for reorganization, dissolution or arrangement under the bankruptcy laws of the United States or any state, possession or territory thereof, or initiation of any such proceeding relating to the Principal by a third party; (vii) if the Principal is an individual, the Principals' death, disappearance, or incompetency, or, if the Principal is any other type of entity, any change or threat of change in control or existence; (viii) any sale of the Principal's assets or diminution thereof which impairs the Principal's ability to conduct business; (ix) any proceeding or the exercise of rights which deprives or impairs the Principal's ability to use its plant, machinery, equipment, plans, drawings, tools, supplies, manpower, workforce or materials; (x) any other material change in the Principal's business operation or financial condition or the happening of any event other than those specified above which, in the Surety's sole opinion, may expose the Surety to loss, cost or expense.

Initial

B-2 Revised (11/09)

1

(d)     "Principal" means the individuals, firms or corporations identified on Page 1 of this Agreement, as well as any of their present or future subsidiaries, affiliates, parents or successors in interest, whether alone or in joint venture with others not named herein, including any such entity for which the Surety executes Bonds.

(e)     "Surety" means Aegis Security Insurance Company and its successors, assigns, affiliates, associates and subsidiaries.

(f)     "Indemnitor" or "Indemnitors" means the Principal and each person or entity signing or identified within this Agreement as an Indemnitor.

2.      Premium. The Principal and Indemnitors will pay to the Surety in such manner as may be agreed upon all premiums and charges of the Surety for the Bonds in accordance with its rate filings, its manual of rates, or as otherwise agreed upon, until the Principal or Indemnitors shall serve evidence satisfactory to the Surety of its discharge or release from the Bonds and all liability by reason thereof.

3.      Indemnification and Hold Harmless.

(a)     The Principal and Indemnitors shall exonerate, hold harmless, indemnify and keep indemnified the Surety from and against any and all claims, demands and liability for losses, costs, damages, and expenses of whatsoever kind or nature, (including but not limited to interest, court costs, counsel fees, and/or investigative costs), and from and against any and all other such losses and expenses which the Surety may sustain or incur: (i) by reason of having executed or procured the execution of Bonds; (ii) by reason of the failure of the Principal or any one or more of the Indemnitors to perform or comply with any of the covenants, terms or conditions of this Agreement; (iii) in enforcing any of the covenants or conditions of this Agreement; (iv) in making an investigation, obtaining or attempting to obtain a release, or recovering or attempting to recover losses, expenses, or unpaid Bond premium in connection with any Bond; or (v) in prosecuting or defending any action or claim in connection with any Bond, whether the Surety, at its sole option, elects to employ its own counsel or permits or requires the Principal to make arrangements for the Surety's legal representation.

(b)     Right to Deposit of Collateral - The Principal and Indemnitors shall make payment to the Surety immediately upon demand by the Surety. The Surety may demand payment in an amount: (i) equal to the amount of any reserve set by the Surety, or (ii) equal to such amount as the Surety, in its sole judgment, shall deem sufficient to protect it from loss. The Surety shall have the right to use the deposit, or any part thereof, in payment or settlement of any liability, loss or expense for which the Indemnitors are obligated to indemnify the Surety under the terms of this Agreement. The Surety's rights under this Agreement shall not be limited to the amount of any demand, reserve, deposit, or collateral from any Principal, Indemnitor or others. The Surety shall have no obligation to invest, or to provide a return on, the deposit. The Principal and Indemnitors shall be entitled to the refund of any unused portion of the deposit upon termination of the liability of the Surety on all Bonds and the performance by the Principal and Indemnitors of all obligations to the Surety under the terms of this Agreement. The Surety's demand shall be sufficient if sent by registered or certified mail, by facsimile transmission, or by personal service to the Principal and Indemnitors at the addresses stated herein, or at the addresses of the Principal and Indemnitors last known to the Surety, regardless of whether actually received. The Principal and Indemnitors acknowledge that the failure of the Principal and Indemnitors to deposit with the Surety, immediately upon demand, the sum demanded by the Surety as collateral security shall cause irreparable harm to the Surety for which the Surety has no adequate remedy at law. The Principal and Indemnitors agree that the Surety shall be entitled to injunctive relief for specific performance of the obligation of Principal and Indemnitors to deposit with the Surety the sum demanded as collateral security and hereby waive any claims or defenses to the contrary.

(c)     In the event of any payment by the Surety, the Principal and Indemnitors further agree that in any accounting between the Surety and the Principal and Indemnitors, or any one or more of them, the Surety shall be entitled to reimbursement for any and all payments, disbursements and advances made by it in good faith in and about the matters contemplated by this Agreement under the belief that it is or was liable for the sums and amounts so disbursed, or that it was necessary or expedient to make such disbursements, whether or not such liability, necessity, or expediency existed; and that he any vouchers, affidavits or other evidence of any such payments made by the Surety shall be prima facie evidence of the propriety and fact of any payment and amount of the liability therefore to the Surety. In addition to the payments to be made to the Surety as set forth above, the Principal and Indemnitors agree to pay to the Surety expenses (including, but not limited to, court costs and counsel fees) and interest on all disbursements made by Surety as a consequence of the execution of one or more Bonds, at the rate of two percent above the then prime rate of interest (as published in the Wall Street Journal or other reputable source) as calculated from either the date of issuance by the Surety of the Bond, or from the date of each disbursement by the Surety, at the sole discretion of the Surety.

4.      Assignment.

(a)     The Principal and Indemnitors, to the extent of their interests therein, hereby assign, pledge, transfer and convey to the Surety as collateral security to secure any and all obligations or liabilities of the Principal and Indemnitors to the Surety whenever or however incurred: (i) all of the rights of the Principal in, and arising in any manner out of, any Contract, including, but not limited to, any monies

B-2 Revised (11/09)

Initial

2

due therefrom; (ii) all of the right, title and interest of the Principal and/or Indemnitors in and to all machinery, equipment, plant, tools, inventory and materials which are now, or may hereafter be, utilized in connection with any Contract, regardless of whether they are located at a construction site, in storage elsewhere or in transit anywhere; (iii) all right, title and interest of the Principal in and to all subcontracts and purchase orders let or to be let in connection with any Contract and in and to all surety bonds, guarantees or other undertakings supporting such subcontracts or purchase orders; (iv) all right, title and interest of the Principal in and to any actions, causes of action, claims or demands whatsoever which the Principal may have or acquire against any party to the Contract or in connection with the Contract, including, but not limited to, those against obligees or bonds, design professionals, prime contractors, subcontractors, laborers or materialmen or any person furnishing or supplying labor, materials, supplies, machinery, tools, inventory or other equipment in connection with or on account of any Contract and against a surety of any obligee, subcontractor, laborer or materialmen; (v) all monies due or to become due to the Principal on any policy of insurance relating to any claims arising out of the performance of any Contract, including, but not limited to, claims under builders risk, fire, employee dishonesty or workers compensation insurance policies, including premium refunds; (vi) any Additional Collateral more particularly described on any Schedule annexed hereto and incorporated herein by reference; and (vii) all other real or personal property now owned or hereafter acquired by each of the Indemnitors, including accounts receivable, notes receivable, chooses in action and proceeds of collateral. All financial information documents and schedules provided to the Surety by Indemnitors or the Principal are incorporated herein by reference thereto.

(b)        The aforementioned assignment, transfer and conveyance shall become effective as of the effective date of each Bond executed by the Surety. The Surety may exercise its rights under this Paragraph 4 upon the occurrence of an Event of Default under this Agreement.

(c)        From time to time as circumstances so require, the Surety reserves the right in its sole discretion to require collateral in addition to any described on any Schedule annexed hereto and incorporated herein by reference. The amount thereof shall be designated by the Surety, in its sole discretion. The Principal and Indemnitors shall be obligated to provide such additional security immediately upon demand by Surety. The Surety has the sole discretion to determine whether collateral already in its possession is adequate.

5.        Changes; Waiver of Notice and Defenses.  The Surety, at its sole option and discretion, is authorized, without notice to or knowledge of the Principal or Indemnitors, notice being hereby expressly waived:  (a) to agree or refuse to agree to any change whatsoever in any Bond or Contract, including, but not limited to, any change in the time for completion of a Contract, the scope of a Contract and to payments or advances thereunder before they become due; (b) to consent to or refuse to consent to any assignment or assignments of any Bonds; and (c) to execute or consent to the execution of any continuations, extensions or renewals of any Bonds and to execute any substitutes therefore, with the same or different conditions, provisions and obligees and with the same or larger or smaller penalties or to refuse to execute or consent to the executions of such continuations, extensions, renewals or substitutions. It is expressly understood and agreed that the Principal and Indemnitors shall remain bound under the terms of this Agreement even though any such consent or refusal by the Surety does or might substantially increase the Principal's and Indemnitors' liability to the Surety or others: and that the Principal and Indemnitors shall be liable to Surety pursuant to this Agreement on account of any such changed, altered, modified, amended, limited, renewed, substituted or extended Bond or Bonds. The Principal and Indemnitors hereby waive notice of the execution of any Bond and of any act, fact or information concerning or affecting the rights or liabilities of the Surety or the rights or liabilities of the Principal or Indemnitors.

6.        Advances.  The Surety, at its sole option and with sole discretion, may guaranty loans, advance or lend to, or for the account of, the Principal any money which the Surety believes to be in its best interest. It may with sole discretion, not guaranty loans, refuse to advance money and/or at any time, cancel such guaranty or loans with or without notice to the Principal. All money expended by the Surety, or loaned or advanced by the Surety under this paragraph and all related costs and expenses, shall constitute indemnity obligations for the Principal and Indemnitors under Paragraph 3 of this Agreement and shall be presumed to be a loss to the Surety.

7.        Prosecution of Claims; Settlement.  The Surety shall have the full and exclusive right, in its name or in the name of the Principal, but not the obligation, to prosecute, compromise, release or otherwise resolve any of the claims, causes of action or other rights assigned to the Surety in Paragraph 4 above, upon which terms as the Surety, in its sole discretion, shall deem appropriate. The Surety shall have the exclusive right in its name or in the name of the Principal to adjust, settle or compromise any claim, counterclaim, demand, suit or judgment involving any Bond or to take whatever other action it may deem necessary, expedient or appropriate. Any amounts paid by the Surety in good faith under the belief that (1) the Surety was or might be liable therefore, and (2) such payments were necessary or advisable to protect any of the Surety's rights or to avoid or lessen the Surety's liability or alleged liability are within the sole discretion of the Surety as to whether to adjust, settle or compromise. The Surety's determination as to whether any such claim, counterclaim, demand, suit or judgment should be settled or defended shall be final, binding and conclusive upon the Principal and Indemnitors. In the event that the Principal and/or the Indemnitors request the Surety to litigate any claim or demand, or to defend a suit or to appeal from a judgment, and in the event that the Surety agrees to do so, which decision shall rest in the sole discretion of the Surety, the Surety shall have the right to demand and receive from the Principal and the Indemnitors prior to commencing the defense or appeal, such cash or collateral security satisfactory to the Surety in kind and amount to be used in paying any judgment or judgments rendered, or that might be rendered, with interest, costs, expenses and attorney's fees, including those of the Surety. In the event that the Surety decides to litigate any claim, the Principal and Indemnitors shall fully cooperate with the Surety in the defense or prosecution thereof.

Initial

3

B-2 Revised (11/09)

8.  **Trust Funds.** The Principal and Indemnitors acknowledge and agree that all payments received for or on account of any Contract shall be held in trust as a trust fund for the payment of obligations incurred or to be incurred in the performance of any Contract and for labor, materials and services furnished in the prosecution of the work required in any Contract or any extension or modification thereof. It is expressly understood and declared that all monies due and to become due under any Contract are also trust funds, whether in the possession of the Principal or Indemnitors or otherwise. The trust funds shall be for the benefit and payment of all obligations for which the Surety may be liable as a consequence of execution of any Bond. The trust shall inure to the benefit of the Surety for any liability or loss it may have or sustain as a consequence or execution of any Bonds, and this Agreement and declaration constitute notice of such trust. This provision as well as all provisions of this Agreement shall not be construed to create liability of the Surety to any third parties claiming to be beneficiaries, as set forth in paragraph 30 below.

9.  **Security Interest.** This Agreement shall constitute a Security Agreement for the benefit of the Surety as a secured party and also a Financing Statement, both in accordance with the provisions of the Uniform Commercial Code or similar statute and may be so used by the Surety without in any way abrogating, restricting or limiting the rights of the Surety under this Agreement or under law or in equity. The Surety may make such additions to this Agreement, including the attachment of schedules more specifically describing the collateral as may be necessary to permit its filing as a financial statement under the Uniform Commercial Code, and the Principal and Indemnitors agree to execute and deliver such further instruments as may be necessary to perfect and protect the Surety's interest. A copy of this Agreement shall be sufficient for filing as a financing statement.

10.  **Covenants.** The Principal and each of the Indemnitors agrees that, until the liability of the Surety as a consequence of execution of all Bonds is terminated and the Surety is fully reimbursed and indemnified for all amounts due to it under this Agreement and by operation of law, the Principal and each of the Indemnitors: (a) will promptly pay to the Surety all premiums and charges of the Surety for the Bonds, including, but not limited to, any additional premium resulting from any increase in payments to the Principal under any Contract; (b) will furnish the Surety with such information as it may request from time to time concerning the Principal and each of the Indemnitors' financial condition or the status of work under any contracts and the payment of obligations incurred in connection therewith; (c) hereby authorize and request any banks, depositories, obligees of Bonds, materialmen, suppliers or others who have the information concerning the affairs and operations of the Principal and /or Indemnitors to provide such information to the Surety; (d) will comply with any covenants set forth on any schedules annexed hereto and incorporated herein by reference. In the event of any bankruptcy proceedings by the Principal or one or more of the Indemnitors, and to the extent permitted by law, the Principal and the Indemnitors agree and covenant to waive any rights to enforcement by the Surety of any applicable statutory automatic stay provision.

11.  **Books and Records.** At any time, and until such time as the actual or potential liability of the Surety under any and all said Bonds is terminated, the Surety shall have the right to, and the Principal and Indemnitors shall furnish, reasonable access to the books, records, and accounts of the Principal and Indemnitors, and the Surety shall have the right to examine and copy said books, records and accounts; and any bank, depository, accountant, creditor, obligee or any Bonds, subcontractor, supplier, materialmen, or other person, firm or corporation when requested by the Surety is hereby authorized to furnish the Surety any information including, but not limited to, the status of the work under contracts being performed by the Principal, the condition of the performance of such contracts, and payment of accounts.

12.  **Homestead.** The Principal and the Indemnitors hereby waive, so far as their respective obligations under this Agreement are concerned, all rights to claim any of their property, including their respective homesteads, as exempt from levy, execution, sale or other legal process under the laws of any State, Territory, or Possession.

13.  **RIGHTS UPON DEFAULT.** Upon the occurrence of any Event of Default, or any breach or delay asserted by the Obligee with respect to any Contract or Bond, and in addition to any other rights it may possess under this agreement or as a matter of law the Surety shall have the right, at its option and in its sole discretion, and is hereby authorized, but not required with or without exercising any other right or option conferred upon it by law or by the terms of this Agreement, to: (a) take possession of any part of all of the work under any Contracts and at the expense of the Principal and the Indemnitors, to complete or arrange for completion of the same; (b) take possession of supplies, tools, plant, equipment, inventory and materials and to use, and consume if necessary, the same in the performance of any Contract; (c) exercise its rights regarding collateral described in Paragraph 3 or 4 of this Agreement; (d) draw down on letters of credit or liquidate or foreclose on any other additional collateral described on any schedule annexed hereto; (e) execute in the name of the Principal any instruments deemed necessary or desirable to effectuate the foregoing. Election of one or more of the foregoing remedies shall not be deemed a waiver of any other right or remedy of Surety.

14.  **Suits.** Separate suits may be brought hereunder as causes of action accrue and the bringing pendency or termination of such suit or the recovery of judgment upon any cause of action shall not prejudice or bar the bringing of other suits upon other causes of action, whether theretofore or thereafter arising.

B-2 Revised (11/09)

Initial

4

15.    Power of Attorney. The Principal and Indemnitors hereby irrevocably nominate, constitute, appoint and designate the Surety, or, any person or persons designated by the Surety, as their attorney-in-fact with the right, but not the obligation, to exercise all of the rights, assigned, transferred and set over to the Surety by this Agreement and in their name or names to execute and deliver any and all assignments, instruments or documents required or desired by the Surety to: (a) vest in the Surety absolute title to any and all monies, property and rights herby assigned; and (b) provide the protection and rights to the Surety contemplated by all of the provisions of this Agreement. The Principal and the Indemnitors hereby ratify and confirm all acts and actions taken and done by and on behalf of the Surety as such attorney-in-fact.

16.    Decline Execution. The Principal and Indemnitors are not obligated to request the Surety to execute, provide or procure any Bond required by them in the conduct of their business. Furthermore, the Surety, at its option and in its sole discretion, has the right to decline to execute or issue any Bond applied for without incurring any liability whatsoever. If the Surety does execute a bid or proposal Bond, or agrees or consents to provide such contract of suretyship, the Surety has the right to decline to execute any final Bond, including but not limited to any performance, payment or maintenance Bond, that may be required in connection with any award that may be made on the bid Bond, proposal or tender to which the bid Bond, proposal Bond or agreement or consent to provide such contract of suretyship, is given.

17.    Severability and Waiver. If any provision or provisions, or portion thereof, of this Agreement shall be void or unenforceable under the laws of any jurisdiction governing its construction or enforcement, it shall not be void or vitiated thereby, but shall be construed and enforced with the same effect as though such provision or provisions, or portion thereof, were omitted. Any election or failure by the Surety to enforce any provision of this Agreement shall not be construed as a waiver of any of the terms of this Agreement.

18.    Partial Execution and Failure of Execution. In case any of the parties named as Principal and/or Indemnitor in this Agreement fails to execute the same, or in case the execution hereof by any of the parties shall be defective or invalid for any reason, such failure, defect or invalidity shall not in any manner affect the validity of this Agreement or the liability hereunder of any of the other parties executing the Agreement, but each and every party so executing shall be and remain fully bound and liable hereunder the same extent as if such failure, defect or invalidity had not existed. The obligations of the Principal and Indemnitors hereunder shall not be affected by the failure of the Principal to execute any Bond.

19.    Other Sureties. If the Surety procures the execution of any Bond by other sureties or executes the Bonds with co-sureties or reinsures any portion of said Bonds with reinsuring sureties, then all of the terms and conditions of this Agreement shall inure to the benefit of such sureties, co-sureties and reinsuring sureties, as their interest may appear.

20.    Termination. This Agreement is a continuing agreement which shall remain in full force and effect unless terminated. This Agreement may be terminated by the Principal or an Indemnitor only upon thirty (30) days written notice to the Surety by Registered or Certified Mail addressed to the Surety at the Surety's address identified in Paragraph 22 of this Agreement. Any notice of termination shall not operate to modify, bar, discharge, limit effect or impair the obligations of the Principal and Indemnitors under this Agreement with respect to: (a) Bonds executed prior to the effective date of such termination notice; and/or (b) Bonds executed after such date: (i) upon the award of a Contract to the Principal on a bid or proposal for which the Surety has executed a bid or proposal Bond or similar undertaking prior to such date; or (ii) any Bonds, whether or whenever executed, for which the Surety may have otherwise become obligated prior to such date to execute or for which the Surety may have incurred potential liability. Any notice of termination shall become effective only as to the Principal or those Indemnitors who have given notice of termination.

21.    Jurisdiction. This Agreement shall be subject to and construed under the laws of the Commonwealth of Pennsylvania and jurisdiction and venue shall be Dauphin County, Pennsylvania.

22.    Notices.

(a)    The Principal and Indemnitors shall promptly provide written notice (first class mail, return receipt requested) to the Surety at its office located at 2407 Park Drive, Harrisburg, Pennsylvania, 17110 of any of the following events: (i) notice by any obligee on any Bond to the Principal that the Principal is in default or has failed or refused to perform any Contract obligation; (ii) notice by any obligee on any Bond to the Principal that the Principal cure its performance or show cause as to why the Principal should not be terminated for default; (iii) the occurrence of a payment dispute or the assertion of any claim, demand, suit, arbitration proceeding, judgment, notice or other action or proceeding which may result in liability to the Surety under any Bond; (iv) the occurrence of any material change in the Principal's financial condition; and (v) the occurrence of any Event of Default.

(b)    The Principal and Indemnitors agree among themselves and acknowledge to the Surety that notification by the Surety to the Principal or to any one Indemnitor shall constitute notice to the Principal and to all Indemnitors. The Principal and each of the Indemnitors are obligated to provide to the Surety prompt notice of change of any address listed herein.

B-2 Revised (11/09)                                        Initial _____

5

(c)     The Indemnitors hereby waive notice of the execution of any Bond and of any act, fact or information concerning or affecting the rights or liabilities of the Surety or the rights or liabilities of the Indemnitors. *The Indemnitors specifically acknowledge that the Surety shall not be required to notify the Indemnitors of any material change in the Principal's financial condition.*

23.     General Provisions.

(a)     This Agreement applies to all Bonds executed or procured by the Surety for the Principal or the Indemnitors or any one of them in their names or as co-venturer with others, successors, assigns, subsidiaries, parent or affiliates, partnership, joint venture, incorporation, whether now existing or formed hereafter, and whether partially or wholly owned and controlled, as fully as if the names of such subsidiaries or affiliates appeared herein as Principal and whether executed or issued prior or subsequent to the execution of this Agreement.

(b)     The rights and remedies afforded to the Surety by the terms of this Agreement may not be waived or modified orally and no written change or modification shall be effective until signed by an officer of the Surety. The execution of additional agreements by the Principal or any of the Indemnitors shall not modify the Principal's or any of the Indemnitor's obligations hereunder unless specifically stated in any additional agreements.

(c)     THE PRINCIPAL AND INDEMNITORS WAIVE AND SUBORDINATE ALL RIGHTS OF INDEMNITY, SUBROGATION AND CONTRIBUTION EACH AGAINST THE OTHER HOWEVER DERIVED UNTIL ALL OBLIGATIONS TO THE SURETY UNDER THIS INDEMNITY AGREEMENT HAVE BEEN SATISFIED IN FULL.

(d)     The Principal and Indemnitors acknowledge the Surety's right to enforce the provisions of this Agreement through the equitable action of Quia Timet, which among other rights, enables the Surety to seek deposits as security for anticipated losses. The Principal and Indemnitors acknowledge that, the reasonable apprehension of future losses, uncertain in amount, constitutes irreparable injury.

(e)     Bonds Executed Prior to Agreement. The Principal and Indemnitors expressly recognize and covenant that this Agreement is a continuing obligation applying to and indemnifying the Surety as to any and all Bonds (regardless of whether covered by any application signed by Principal and Indemnitors; such application to be considered between the parties hereto as merely supplemental to this Agreement) heretofore and hereafter executed by Surety on behalf of Principal (whether contracting alone or as a Co-Venturer) until this Agreement shall be terminated by Principal and Indemnitors in the manner herein provided.

24.     Joint and Several Liability. The obligation of the Principal and Indemnitors hereunder are joint and several. The Surety is authorized to settle any liability hereunder with the Principal and any one or more of the Indemnitors without reference to others, and such settlement shall not affect the liability of the others. Release of the Principal or one or more Indemnitors shall not affect the liability of the others.

25.     Representations.

(a.)    Accuracy of Financial Information: Principal and Indemnitors have provided financial and other information to Surety concerning their financial condition. Principal and Indemnitors represent that such information is materially accurate in all respect, and that they have consulted with such professionals as they may have required in order to make this representation. They further acknowledge and agree that this representation is a material inducement to the Surety to issue bonds in favor of the Principal, and that Surety has justifiably relied on such representations in making a decision to issue the Bonds. All financial information, including, without limitation, documents and schedules, which has been provided to the Surety by the Principal and Indemnitors, whether provided prior to or subsequent to, the execution of this Agreement, is incorporated by herein reference thereto.

(b.)    Obligation to Notify Surety of Contract Changes: Principal and Indemnitors acknowledge and agree that they have an obligation to notify Surety promptly concerning any matter which materially affects their obligations under any bonded contract, including, without limitation, of any change orders which involve sums in excess of 10% (ten percent) of the bonded contract price.

(c.)    THE PRINCIPAL AND INDEMNITORS HAVE READ AND FULLY UNDERSTAND THIS AGREEMENT OF INDEMNITY. EXCEPT FOR ANY PREVIOUSLY EXECUTED INDEMNITY AGREEMENT OR AGREEMENTS EXECUTED BY THE PRINCIPAL OR THE INDEMNITORS OR ANY ONE OF THEM, THIS AGREEMENT CONSTITUTES THE ENTIRE AGREEMENT BETWEEN THE PARTIES AND IT INCORPORATES ALL PRIOR NEGOTIATIONS AND CORRESPONDENCE BETWEEN THE PARTIES, WHETHER WRITTEN OR ORAL- AND IT MAY NOT BE MODIFIED EXCEPT IN WRITING SIGNED BY BOTH PARTIES. NO OTHER SEPARATE AGREEMENTS OR UNDERSTANDINGS MAY LESSEN OR CHANGE THE TERMS OF THIS AGREEMENT. THIS AGREEMENT DOES NOT MODIFY, BAR, LIMIT, AFFECT OR IMPAIR THE OBLIGATIONS OF THE PRINCIPAL OR ANY OF THE INDEMNITORS UNDER ANY PREVIOUSLY EXEUCTED INDEMNITY AGREEMENT.

B-2 Revised (11/09)

Initial

6

26.    CONFESSION OF JUDGMENT. WITHOUT LIMITING THE GENERALITY OF ANY OTHER PROVISION OF THIS AGREEMENT, THE UNDERSIGNED PRINCIPAL AND INDEMNITORS HEREBY JOINTLY SEVERALLY AND IRREVOCABLY AUTHORIZE AND EMPOWER ANY ATTORNEY OF RECORD OR PROTHONOTARY OR CLERK OF ANY COURT IN ANY JURISDICTION TO APPEAR FOR ANY OR ALL OF THEM AT ANY TIME OR TIMES IN ANY COURT WITH RESPECT TO ANY SUMS DUE UNDER THIS AGREEMENT, WITH OR WITHOUT DECLARATION FILED AS OF ANY TERM, TO WAIVE THE ISSUING AND SERVICE OF PROCESS AND TO CONFESS OR ENTER JUDGMENT AGAINST ANY OR ALL OF THEM FOR ALL SUCH SUMS PAYABLE UNDER THIS AGREEMENT AS EVIDENCED BY AN AFFIDAVIT SIGNED BY AN AUTHORIZED REPRESENTATIVE OF SURETY SETTING FORTH SUCH AMOUNT DUE, PLUS REASONABLE ATTORNEY'S FEES, COSTS OF SUIT AND INTEREST, WITH RELEASE OF ALL PROCEDURAL ERRORS AND WITHOUT RIGHT OF APPEAL OR STAY OF EXECUTION. IF A COPY OF THIS AGREEMENT, VERIFIED BY AFFIDAVIT, SHALL BE FILED, IT SHALL NOT BE NECESSARY TO FILE THE ORIGINAL AS A WARRANT OR ATTORNEY. THE UNDERSIGNED JOINTLY AND SEVERALLY WAIVE THE RIGHT TO ANY STAY OF EXECUTION AND THE BENEFIT OF ANY AND ALL EXEMPTIONS TO WHICH THEY MAY NOW OR MAY HEREAFTER BE ENTITLED UNDER LAW. NO SINGLE EXERCISE OF THE FOREGOING WARRANT AND POWER TO BRING AN ACTION OR CONFESS JUDGMENT SHALL BE DEEMED TO EXHAUST THE POWER BUT THE POWER SHALL CONTINUE UNDIMINISHED AND MAY BE EXERCISED FROM TIME TO TIME AS OFTEN AS SURETY SHALL ELECT, WHETHER BEFORE OR AFTER DEMAND IS MADE, UNTIL ALL SUMS PAYABLE TO SURETY UNDER THIS AGREEMENT HAVE BEEN PAID IN FULL.

PRINCIPAL AND EACH OF THE INDEMNITORS REPRESENTS AND WARRANTS THAT HE OR SHE HAS READ THE FOREGOING CONFESSION OF JUDGMENT AND UNDERSTANDS THAT HE OR SHE IS GIVING UP THE RIGHT TO A HEARING BEFORE JUDGMENT IS CONFESSED, LEVY AND EXECUTION MADE, AND THAT EACH GIVES UP THE RIGHT TO SUCH HEARING FREELY AND VOLUNTARILY IN THIS BUSINESS TRANSACTION.

27.    WAIVER OF JURY TRIAL: BY THEIR EXECUTION AND DELIVERY OF THIS AGREEMENT, PRINCIPAL AND INDEMNITORS HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVE ANY RIGHTS THAT IT, HE, SHE, OR THEY MAY HAVE TO A TRIAL BY JURY WITH RESPECT TO ANY LITIGATION BASED UPON, ARISING OUT OF OR RELATING TO THIS AGREEMENT OR ANY OF THE TRANSACTIONS CONTEMPLATED HEREBY, OR ANY COURSE OF CONDUCT, COURSE OF DEALING, STATEMENTS (WHETHER VERBAL OR WRITTEN) OR ACTIONS OF SURETY, OR ANY OF THE OTHER PARTIES TO THIS AGREEMENT, IN CONNECTION HEREWITH, OR ANY OTHER MATTER WHATSOEVER RELATING TO THE ACTIONS OR INACTIONS OF SURETY ARISING OUT OF OR RELATING TO THIS AGREEMENT. THIS WAIVER OF JURY TRIAL IS A MATERIAL INDUCEMENT FOR SURETY TO ENTER INTO THIS AGREEMENT.

28.    For OHIO Residents and Domiciliaries. WARNING – BY SIGNING THIS PAPER YOU GIVE UP YOUR RIGHT TO NOTICE AND COURT TRIAL. IF YOU DO NOT PAY ON TIME, A COURT JUDGMENT CAN BE TAKEN AGAINST YOU WITHOUT YOUR PRIOR KNOWLEDGE AND THE POWERS OF A COURT CAN BE USED TO COLLECT FROM YOU REGARDLESS OF ANY CLAIMS YOU MAY HAVE AGAINST THE CREDITOR, WHETHER FOR RETURNED GOODS, FAULTY GOODS, FAILURE ON HIS PART TO COMPLY WITH THE AGREEMENT OR ANY OTHER CAUSE.

29.    For VIRGINIA Residents and Domiciliaries. IMPORTANT NOTICE: THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.

30.    No Third Party Beneficiaries: No rights are intended to be created hereunder for the benefit of any third party, whether creditor, incidental beneficiary or otherwise.

THE EXECUTION OF ANY BOND BY THE SURETY IS MADE IN RELIANCE UPON FINANCIAL INFORMATION PROVIDED BY THE PRINCIPAL AND THE INDEMNITORS, AND SAID FINANCIAL INFORMATION IS INCORPORATED HEREIN BY REFERENCE THERETO.

Initial _____

FILED: ERIE COUNTY CLERK 11/09/2017 03:43 PM
NYSCEF DOC. NO. Case 1:18-cv-00392-LJV Document 1-1 Filed 03/28/18 Page 24 of 118 NYSCEF: 11/09/2017

INDEX NO. 816061/2017

IN WITNESS WHEREOF, we have hereunto set our hands and seals the date and year first above written:

ATTEST OR WITNESS:

_Lisa Strock_
Attest or Witness
Lisa M. Strock, Secretary

**STROCK ENTERPRISES, LTD.**
(Full Name of Principal)

**2095 Old Union Road, Cheektowaga, NY 14227**
(Full Address of Principal)

By: _____
(Signature of Principal, Partner, or Sole Proprietor)  (Corporate Seal)
**David L. Strock, President**

Tax ID # ~~_____~~

_____
Attest or Witness

**STROCK CONTRACTING, INC.**
(Full Name of Indemnitor)

**2095 Old Union Road, Cheektowaga, NY 14227**
(Full Address of Indemnitor)

By: _____
(Signature of Indemnitor, Partner, or Sole Proprietor)  (Corporate Seal)
**Lee A. Strock, President**

Tax ID # ~~_____~~

_____
(Witness)

SS# of Indemnitor

_____ (L. S.)
(Signature of Indemnitor)
**DAVID L. STROCK**
70 Covent Garden Ln.
~~102 The Villare Green, Williamsville, NY 14221~~
(Full Name and Address of Indemnitor)

_____
(Witness)

SS# of Indemnitor

_Lisa Strock_ (L. S.)
(Signature of Indemnitor)
**LISA M. STROCK**
70 Covent Garden Ln.
~~102 The Villare Green, Williamsville, NY 14221~~
(Full Name and Address of Indemnitor)

_____
(Witness)

SS# of Indemnitor

_____ (L. S.)
(Signature of Indemnitor)
**LEE A. STROCK**

**581 N. Blossom Road, Elma, NY 14059**
(Full Name and Address of Indemnitor)

_____
(Witness)

SS# of Indemnitor

_Rosemary A. Vinci Strock_
(Signature of Indemnitor)
**ROSEMARY A. VINCI STROCK**

**581 N. Blossom Road, Elma, NY 14059**
(Full Name and Address of Indemnitor)

**Aegis Security Insurance Company**

By: _____
(Reviewed/Approved by Home Office)

B-2 Revised (11/09)

Initial _____

8

For Acknowledgement of PRINCIPAL'S Signature

### INDIVIDUAL ACKNOWLEDGEMENT

STATE OF          )
COUNTY OF       ) ss.:

On this _____ day of _____, in the year _____, before me personally come(s) _____, to me known and known to me to be the person(s) who (is) (are) described in and who executed the foregoing instrument and acknowledge(s) to me that he executed the same.

_____
(Signature of Notary Public)

### PARTNERSHIP ACKNOWLEDGEMENT

STATE OF          )
COUNTY OF       ) ss.:

On this _____ day of _____, in the year _____, before me personally come(s) _____, a member of the co-partnership of _____, to me known and known to me to be the person who is described in and who executed the foregoing instrument, and acknowledges to me that he executed the same as and for the act and deed of the said co-partnership.

_____
(Signature of Notary Public)

### CORPORATE ACKNOWLEDGEMENT

STATE OF          )
COUNTY OF       ) ss.:

On this _____ day of _____, in the year _____, before me personally come(s) _____, to me known, who, being by me duly sworn, deposes and says that he resides in the City of _____ that he is the _____ of _____ the corporation described in and which executed the foregoing instrument; that he knows the seal of the said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by the order of the Board of Directors of said corporation, and that he signed his name thereto by like order.

_____
(Signature of Notary Public)

### CORPORATE ACKNOWLEDGEMENT

STATE OF New York)
COUNTY OF Erie) ss:

On this 18th day of March, in the year 2015, before me personally come(s) David L. Strock, to me known, who, being by me duly sworn, deposes and says that he resides in the City of Williamsville, NY that he is the President of Strock Enterprises, Ltd the corporation described in and which executed the foregoing instrument; that he knows the seal of the said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by the order of the Board of Directors of said corporation, and that he signed his name thereto by like order.

_____
(Signature of Notary Public)

A. MICHELE PALLADINO
Notary Public, State of New York
Qualified in Erie County
Commission Expires Oct. 03, 20 __

Initial _____

B-2 Revised (11/09)

9

For Acknowledgement of INDEMNITORS' Signatures

**INDIVIDUAL ACKNOWLEDGEMENT**

STATE OF New York)
COUNTY OF Erie) ss:

On this 18th day of March, in the year 2015, before me personally come(s) David L. Strock, to me known and know to me to be the person(s) who (is) (are) described in and who executed the foregoing instrument and acknowledge(s) to me that he executed the same.

(Signature of Notary Public)

MICHELE PALLADINO
Notary Public, State of New York
Qualified in Erie County
Commission Expires Oct. 03, 20 17

**INDIVIDUAL ACKNOWLEDGEMENT**

STATE OF New York)
COUNTY OF Erie) ss:

On this 18th day of March, in the year 2015, before me personally come(s) Lisa M. Strock, to me known and know to me to be the person(s) who (is) (are) described in and who executed the foregoing instrument and acknowledge(s) to me that he executed the same.

(Signature of Notary Public)

A. MICHELE PALLADINO
Notary Public, State of New York
Qualified in Erie County
Commission Expires Oct. 03, 20 17

**INDIVIDUAL ACKNOWLEDGEMENT**

STATE OF New York)
COUNTY OF Erie) ss:

On this 18th day of March, in the year 2015, before me personally come(s) Lee A. Strock, to me known and know to me to be the person(s) who (is) (are) described in and who executed the foregoing instrument and acknowledge(s) to me that he executed the same.

(Signature of Notary Public)

A. MICHELE PALLADINO
Notary Public, State of New York
Qualified in Erie County
Commission Expires Oct. 03, 20 17

**INDIVIDUAL ACKNOWLEDGEMENT**

STATE OF New York)
COUNTY OF Erie) ss:

On this 18th day of March, in the year 2015, before me personally come(s) Rosemary A. Vinci Strock, to me known and know to me to be the person(s) who (is) (are) described in and who executed the foregoing instrument and acknowledge(s) to me that he executed the same.

(Signature of Notary Public)

A. MICHELE PALLADINO
Notary Public, State of New York
Qualified in Erie County
Commission Expires Oct. 03, 20 17

Initial

B-2 Revised (11/09)

For Acknowledgement of INDEMNITORS' Signatures

10

## CORPORATE ACKNOWLEDGEMENT

STATE OF New York)
COUNTY OF Erie) ss:

On this 18th day of March, in the year 2015, before me personally come(s) Lee A. Strock, to me known, who, being by me duly sworn, deposes and says the he resides in the City of Elma, NY that he is the President of Strock Contracting, Inc. the corporation described in and which executed the foregoing instrument; that he knows the seal of the said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by the order of the Board of Directors of said corporation, and that he signed his name thereto by like order.

_(Signature of Notary Public)_

A. MICHELE PALLADINO
Notary Public, State of New York
Qualified in Erie County
Commission Expires Oct. 03, 20__

B-2 Revised (11/09)

Initial

11

## AEGIS SECURITY INSURANCE COMPANY

2407 PARK DRIVE, P.O. BOX 3153
HARRISBURG, PA 17110
(717) 657-9671 $ FAX: (717) 657-5837

### RESOLUTION AUTHORIZING EXECUTION OF INDEMNITY

**WHEREAS,** Strock Contracting, Inc., 2095 Old Union Road, Cheektowaga, NY 14227 (name of Indemnifying Co.) is materially interested in having certain surety bonds or undertakings issued for Strock Enterprises, Ltd (Name of Principal Company), as Principal, and for which it has applied to **Aegis Security Insurance Company** ("Surety") and may from time to time in the future make application to Surety for additional bond(s) or undertaking(s); and

**WHEREAS,** the Surety is willing to execute as Surety such bond(s) or undertaking(s), upon the written indemnity of Strock Contracting, Inc., it is therefore;

**RESOLVED** that the officers authorized to execute documents on behalf of Strock Contracting, Inc. (name of Indemnifying Co.), be and they hereby are authorized and empowered to execute any indemnity agreement(s), specific and/or general, requested by the Surety as consideration for the execution by it of any bond(s) or undertaking(s) on behalf of the above named Principal, and to execute any amendments to such indemnity agreements, and to execute any other or further agreements relating to any such bond(s) or undertaking(s) or collateral that may have been deposited with the Surety in connection therewith, and to take any and all other actions that me be requested by the Surety in connection with such transactions.

### CERTIFICATE OF SECRETARY

I certify that:

I, Lee A. Strock, am the duly qualified and acting secretary of Strock Contracting, Inc. (name of Indemnifying Co.) a duly organized and existing corporation in the State of New York (name of State).

The foregoing is a true copy of a resolution duly adopted by the Board of Directors of such corporation at a meeting legally held on 3/18/15 (full date) and entered in the minutes of such meeting in the minute book of the corporation, or duly adopted by unanimous written consent of the Board of Directors of such corporation filed in the minutes of the proceedings of the Board on 3/18/15 (I date), as authorized by the corporate bylaws or articles of incorporation of the corporation.

Such resolution is in conformity with the Articles of Incorporation and bylaws of the corporation, has never been modified or repealed, and is now in full force and effect.

Strock Contracting, Inc.

By: _____     (Corp. Seal)
Lee A. Strock, Secretary

Dated: March 18, 2015

Notary: _____

Subscribed and sworn before me this 18th
day of March, 2015.
(Seal) _____

My Commission expires _____     (Notary Public)

B-23 (4/11)

**A. MICHELE PALLADINO**
**Notary Public, State of New York**
**Qualified In Erie County**
**Commission Expires Oct. 03, 20 / )**

# EXHIBIT "Aegis 2"

## AEGIS SECURITY INSURANCE COMPANY

2407 PARK DRIVE, SUITE 200, P.O. BOX 3153
HARRISBURG, PA 17110
(717) 657-9671 · FAX: (717) 657-5837

# BOND EXECUTION REPORT

**Bond # B10 024 802**

☐ **CHECK HERE IF SBA ACCOUNT/BOND**

**Principal Information**

Name: Strock Enterprises LTD

Address: 2095 Old Union Road, Cheektowaga, NY 14227

**Bond Information**

| Effective Date: 3/19/2015 | Bond Rate: $27.50 first $100,000 $16.50 next $400,000 $11.00 next 2,000,000 $8.25 remaining $436,755 | Expiration Date: 3/19/2015 |
|---|---|---|

Bond Amount: $ 2,936,755.00

Premium Amount: $ 34,953
Payable:  ■ each year  ☐ one time premium  ☐ other

| Class Code: | Product Code: |
|---|---|

☐ Fidelity  ■ Surety  Type:

Renewal Instructions: ☐ New each year   ☐ Continuous   ☐ Term
Job Description:

| Renewal Code: | Reinsurance Code: | State: |
|---|---|---|

**Obligee Information**

Name: Army Contracting Command,

Address: 1 Buffington Street, Watervliet, NY 12189

**Agent Information**

| Name:  Lawley Construction Solution | Code #: |
|---|---|

| Commission:32.50 | **Date Entered in the System  3/19/2015** |
|---|---|

B-42  (02/96)

| **PERFORMANCE BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br><br>3/19/2015    Executed In Duplicate | OMB Number: **9000-0045**<br>Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT:  Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br><br>Strock Enterprises LTD<br>2095 Old Union Road<br>Cheektowaga, NY 14227-2771 | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| | ☐ INDIVIDUAL | ☐ PARTNERSHIP |
| | ☐ JOINT VENTURE | ☒ CORPORATION |
| | STATE OF INCORPORATION<br><br>New York | |

| SURETY(IES) *(Name(s) and business address(es)* | PENAL SUM OF BOND *(whole numbers only)* | | | |
|---|---|---|---|---|
| Aegis Security Insurance Company<br>2407 Park Drive, Suite 100<br>Harrisburg, PA 17110 | MILLION(S) | THOUSANDS | HUNDRED(S) | CENTS |
| | 002 | 936 | 755 | 00 |
| | CONTRACT DATE<br><br>3/9/2015 | CONTRACT NO.<br>W911PT-15-C-0004<br>"Replace Underground Water Lines<br>Post Wide" | | |

OBLIGATION

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we the sureties bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us.  For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS

The Principal has entered into the contract identified above.

THEREFORE

The above obligation is void if the Principal-

    (a)(1)  Performs and fulfills all the undertaking, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies)  and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

    (b)    Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 U.S.C. Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| **PRINCIPAL** | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. Strock Enterprises LTD<br>(Seal) | 2.<br>(Seal) | 3.<br>(Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *{Typed}* | 1. , | 2. | 3. | |

| **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) |
| NAME(S) *{Typed}* | 1. | 2. |

| **CORPORATE SURETY(IES)** | | | | | |
|---|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | Aegis Security Insurance Company<br>2407 Park Drive, Suite 100, Harrisburg, PA 17110 | STATE OF INC.<br><br>PA | LIABILITY LIMIT ($)<br><br>$ 5,149,000.00 | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *{Typed}* | 1. Victoria Rivera, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

**STANDARD FORM 25** (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.228 (b)

CORPORATE SURETY(IES) *(Continued)*

| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($)<br>First $100,000 $27.50 per Thousand<br>Next $400,000 $16.50 per Thousand<br>Next $200,000,000 $11.00 per Thousand<br>Final $436,755 $8.25 per Thousand | TOTAL ($)<br><br>$34,953.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

| PAYMENT BOND | DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB Number: **9000-0045** |
|---|---|---|
| *(See instructions on reverse)* | 3/19/2015      Executed In Duplicate | Expiration Date: **6/30/2016** |

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | | |
|---|---|---|---|
| Strock Enterprises LTD<br>2095 Old Union Road<br>Cheektowaga, NY 14227-2771 | ☐ INDIVIDUAL | | ☐ PARTNERSHIP |
| | ☐ JOINT VENTURE | | ☒ CORPORATION |

| STATE OF INCORPORATION |
|---|
| New York |

| SURETY(IES) *(Name(s) and business address(es)* | PENAL SUM OF BOND *(Whole numbers only)* | | | |
|---|---|---|---|---|
| Aegis Security Insurance Company<br>2407 Park Drive, Suite 100<br>Harrisburg, PA 17110 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 002 | 936 | 755 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| | W911PT-15-C-0004 |
| 3/9/2015 | "Replace Underground Water Lines Post Wide" |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. Strock Enterprises LTD<br><br>(Seal) | 2.<br><br>(Seal) | 3.<br><br>(Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. , | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) |
| NAME(S) *(Typed)* | 1. | 2. |

| CORPORATE SURETY(IES) | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | Aegis Security Insurance Company<br>2407 Park Drive, Suite 100, Harrisburg, PA 17110 | STATE OF INC.<br>PA | LIABILITY LIMIT<br>$   5,149,000.00 | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. Victoria Rivera, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 25A** (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 U.S.C. Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."

In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2014) BACK

## ACKNOWLEDGMENT OF PRINCIPAL

STATE OF _____ New York _____ )

COUNTY OF __ Erie ____ ) SS.:
                        )

      On the _____ day of _____ March _____ in the year __ 2015 __, before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
                  Notary Public

## ACKNOWLEDGMENT OF SURETY

STATE OF _____ New York _____ )

COUNTY OF _____ Erie _____ ) SS.:
                        )

      On the _ 19th _ day of _____ March _____ in the year ____ 2015 ____, before me, the undersigned, personally appeared _____ Victoria Rivera _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
                  Notary Public

## BOND RIDER

To be attached to and form a part of _____Performance and Payment Bond_____

Bond No. _____B10 024 802_____ Dated ___16th   day_____ of ___April  2015_____

___Strock Enterprises LTD, 2095 Old Union Road, Cheektowaga, NY 14227-2771_____ , as Principal, and

___Aegis Security Insurance Company_____ as Surety, in favor of ___United States of America_____

_____ , as Obligee.

It is understood and agreed that the Bond is changed or revised in the particulars as indicated below:

The bond amount is being increased to $4,430,555.92._____

_____

_____

_____

_____

_____

Said Bond shall be subject to all its terms, conditions, and limitations. except as herein expressly modified.

This Bond Rider shall become effective: ___August 28th,  2015_____

IN WITNESS WHEREOF, ___Aegis Security Insurance Company_____ has caused its corporate seal to be

hereunto affixed this: ___28th day of August 2015 ._____

_____
Alissa J. Wolf,        Attorney-in -Fact

Bond No. B10 024 813 Executed in Triplicate

| CONSENT OF SURETY AND INCREASE OF PENALTY | 1. CONTRACT NUMBER W912P4-15-D-0003 | 2. MODIFICATION NUMBER 0001-C | 3. DATED 09/15/2015 |
|---|---|---|---|

4. The surety (co-sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended. The principal and surety (co-sureties) further agree that on or after the execution of this consent, the penalty of the performance bond is increased by Seventy Nine Thousand Five Hundred Fifty Dollars and 00/100 · · · dollars ($ 79,550.00 ) and the penalty of the payment bond or bonds is increased by Seventy Nine Thousand Five Hundred Fifty Dollars and 00/100 · · · dollars ($ 79,550.00 ). However, the increase of the liability of each co-surety resulting from this consent shall not exceed the sums shown below.

| 5. NAME OF SURETY(IES) | 6. INCREASE IN LIABILITY LIMIT UNDER PERFORMANCE BOND | 7. INCREASE IN LIABILITY LIMIT UNDER PAYMENT BOND |
|---|---|---|
| A. Aegis Security Insurance Company | $ 79,550.00 | $ 79,550.00 |
| B. | $ | $ |
| C. | $ | $ |

| | A. BUSINESS ADDRESS | B. SIGNATURE* | |
|---|---|---|---|
| 8.INDIVIDUAL PRINCIPAL | | C. TYPED NAME AND TITLE | *(Affix Seal)* |
| | | D. DATE THIS CONSENT EXECUTED | |
| 9.CORPORATE PRINCIPAL | A. CORPORATE NAME AND BUSINESS ADDRESS Strock Enterprises LTD 2095 Old Union Road Cheektowaga, NY 14227 | B. PERSON EXECUTING CONSENT *(Signature)* * BY | *(Affix Corporate Seal)* |
| | | C. TYPED NAME AND TITLE David L. Strock, President | |
| | | D. DATE THIS CONSENT EXECUTED 09/18/2015 | |

*The Principal or authorized representative shall execute this Consent of Surety and Increase of Penalty with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

**10. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)**

| | A. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | B. PERSON EXECUTING CONSENT *(Signature)* | |
|---|---|---|---|
| A | Aegis Security Insurance Company 2407 Park Drive, Suite 100 Harrisburg, PA 17110 | BY | *(Affix Seal)* |
| | | C. TYPED NAME AND TITLE Victoria Rivera, Attorney-in-Fact | |
| | | D. DATE THIS CONSENT EXECUTED   09/18/2015 | |
| B | A. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | B. PERSON EXECUTING CONSENT *(Signature)* BY | *(Affix Seal)* |
| | | C. TYPED NAME AND TITLE | |
| | | D. DATE THIS CONSENT EXECUTED | |
| C | A. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | B. PERSON EXECUTING CONSENT *(Signature)* BY | *(Affix Seal)* |
| | | C. TYPED NAME AND TITLE | |
| | | D. DATE THIS CONSENT EXECUTED | |

Add similar signature blocks on the back of this form if necessary for additional co-sureties.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 1415 (REV. 7-1993)
Prescribed by GSA-FAR (48 CFR) 53.228(l)

FILED: ERIE COUNTY CLERK 11/09/2017 03:43 PM
NYSCEF DOC. NO. Case 1:18-cv-00392-LJV  Document 1-1  Filed 03/28/18  Page 38 of 118 NYSCEF: 11/09/2017

INDEX NO. 816061/2017

## AEGIS SECURITY INSURANCE COMPANY

2407 PARK DRIVE, SUITE 200, P.O. BOX 3153
HARRISBURG, PA 17110
(717) 657-9671 · FAX: (717) 657-6857

# BOND EXECUTION REPORT

---

**Bond # B10 024 813**

---

☐ **CHECK HERE IF SBA ACCOUNT/BOND**

**Principal Information**

Name: Strock Enterprises LTD

Address: 2095 Old Union Road

---

**Bond Information**

| Effective Date: 4/27/15 | Bond Rate: $27.15 first $100,000 $16.50 remaining $182,915. | Expiration Date: 4/27/16 |
|---|---|---|

| Bond Amount: $ 282,915. | | Premium Amount: $ 5,768.00 |
|---|---|---|

| Class Code: | Product Code: | Payable: ■ each year ☐ one time premium ☐ other |
|---|---|---|

☐ Fidelity  ■ Surety  Type:

Renewal Instructions: ☐ New each year     ☐ Continuous     ☐ Term
Job Description:

| Renewal Code: | Reinsurance Code: | State: |
|---|---|---|

---

**Obligee Information**

Name: USACE Buffalo.

Address: 1776 Niagara Street, Buffalo, NY 14207

---

**Agent Information**

| Name:  Lawley Construction Solution | Code #: |
|---|---|

| Commission:32.50 | Date Entered in the System  4/27/15 |
|---|---|

B-42 (02/96)

Bond No. B10 024 813

| **PERFORMANCE BOND** | DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB Number: **9000-0045** |
|---|---|---|
| *(See instructions on reverse)* | 4/27/2015    Executed In Duplicate | Expiration Date: **6/30/2016** |

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION ("X" one) | | |
|---|---|---|---|
| Strock Enterprises LTD 2095 Old Union Road Cheektowaga, NY 14227-2771 | ☐ INDIVIDUAL ☐ JOINT VENTURE | ☐ PARTNERSHIP ☒ CORPORATION | |

STATE OF INCORPORATION

New York

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND *(whole numbers only)* | | | |
|---|---|---|---|---|
| Aegis Security Insurance Company P.O. Box 3153 Harrisburg, PA 17105 | MILLION(S) | THOUSANDS | HUNDRED(S) | CENTS |
| | 000 | 282 | 915 | 00 |
| | CONTRACT DATE | CONTRACT NO. W912P4-15-D-0003-0001 | | |
| | 4/23/15 | MT Morris Dam Debris Removal 2015. | | |

OBLIGATION

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we the sureties bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS

The Principal has entered into the contract identified above.

THEREFORE

The above obligation is void if the Principal-

(a)(1)  Performs and fulfills all the undertaking, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b)   Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 U.S.C. Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| | | **PRINCIPAL** | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. Strock Enterprises LTD (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. David L Strock, President | 2. | 3. | |

| | | **INDIVIDUAL SURETY(IES)** | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | (Seal) |
| NAME(S) *(Typed)* | 1. | 2. | |

| | | **CORPORATE SURETY(IES)** | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | Aegis Security Insurance Company P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC. Pennsylvania | LIABILITY LIMIT ($) $5,149,000. | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S *(Typed)* | 1. Victoria Rivera, Attorney-in-Fact | 2. | | |

| AUTHORIZED FOR LOCAL REPRODUCTION Previous edition not usable | **STANDARD FORM 25** (REV. 8/2014) Prescribed by GSA-FAR (48 CFR) 53.228 (b) |
|---|---|

**CORPORATE SURETY(IES)** *(Continued)*

| | | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) First $100,000 $27.50 per thousand Final $182,915 $16.50 per thousand | TOTAL ($) $5,768.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2014) **BACK**

Bond No. B10 024 813

| **PAYMENT BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br><br>4/27/2015    Executed In Duplicate | OMB Number: **9000-0045**<br>Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT:  Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | | |
|---|---|---|---|
| Strock Enterprises LTD<br>2095 Old Union Road<br>Cheektowaga, NY 14227-2771 | ☐ INDIVIDUAL<br><br>☐ JOINT VENTURE | ☐ PARTNERSHIP<br><br>☒ CORPORATION | |

| | STATE OF INCORPORATION<br><br>New York |
|---|---|

| SURETY(IES) *(Name(s) and business address(es)* | PENAL SUM OF BOND *(Whole numbers only)* | | | |
|---|---|---|---|---|
| Aegis Security Insurance Company<br>P.O. Box 3153<br>Harrisburg, PA 17105 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 000 | 282 | 915 | 00 |
| | CONTRACT DATE | CONTRACT NO.<br>W912P4-15-D-0003-0001 | | |
| | 4/23/15 | MT Morris Dam Debris Removal 2015. | | |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | **PRINCIPAL** | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1.Strock Enterprises LTD<br><br>(Seal) | 2.<br><br>(Seal) | 3.<br><br>(Seal) | Corporate<br>Seal |
| NAME(S) &<br>TITLE(S)<br>*(Typed)* | 1.David L Strock, President | 2. | 3. | |

| | **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|---|
| SIGNATURE(S) | 1.<br><br>(Seal) | 2.<br><br>(Seal) | |
| NAME(S)<br>*(Typed)* | 1. | 2. | |

| | | **CORPORATE SURETY(IES)** | | | |
|---|---|---|---|---|---|
| **SURETY A** | NAME &<br>ADDRESS | Aegis Security Insurance Company<br>P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC.<br>Pennsylvania | LIABILITY LIMIT<br>$      $5,149,000. | Corporate<br>Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) &<br>TITLE(S)<br>*(Typed)* | 1.Victoria Rivera, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 25A** (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) (Continued)

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 U.S.C. Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."

In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

ACKNOWLEDGMENT OF PRINCIPAL

STATE OF _____ New York _____ )
                                              ) SS.:
COUNTY OF _____ Erie _____ )

On the _____ ay of_____ April _____ in the year __2015__, before me, the
undersigned, personally appeared _____ David L Strock _____, personally known
to me or proved to me on the basis of satisfactory evidence to be the individual whose name is
subscribed to the within instrument and acknowledged to me that he/she executed the same in
his/her capacity, and that by his/her signature on the instrument, the individual, or the person
upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

ACKNOWLEDGMENT OF SURETY

STATE OF _____ New York _____ )
                                              ) SS.:
COUNTY OF _____ Erie _____ )

On the _27th_ day of_____ April _____ in the year __2015__, before me, the
undersigned, personally appeared _____ Victoria Rivera _____, personally known
to me or proved to me on the basis of satisfactory evidence to be the individual whose name is
subscribed to the within instrument and acknowledged to me that he/she executed the same in
his/her capacity, and that by his/her signature on the instrument, the individual, or the person
upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

## AEGIS SECURITY INSURANCE COMPANY

2407 Park Drive, Suite 200, P. O. Box 3153
Harrisburg, PA 17110
(717) 657-9671 · Fax: (717) 657-5857

# BOND EXECUTION REPORT

---

**Bond #** B10 026 037

---

☐ CHECK HERE IF SBA ACCOUNT/BOND

**Principal Information**

Name: Strock Enterprises LTD

Address: 2095 Old Union Road

---

**Bond Information**

| Effective Date: .8/27/2015 | Bond Rate: : $27.50 | Expiration Date: 8/27/2016 |
|---|---|---|

| Bond Amount: $ 47,405.26 | | Premium Amount: Payable: | $  $1,304 |
|---|---|---|---|
| Class Code: | Product Code: | | ■ each year |
| | | | ☐ one time premium |
| ☐ Fidelity ■ Surety Type: | | | ☐ other |

Renewal Instructions: ☐ New each year     ☐ Continuous     ☐ Term
Job Description:

| Renewal Code: | Reinsurance Code: | State: |
|---|---|---|

---

**Obligee Information**

Name: Operational Contracting Office, 914 CONG/LGC
2720 Kirkbridge Dr., Niagara Falls, NY 14304

Address:

---

**Agent Information**

| Name:  Lawley Construction Solution | Code #: |
|---|---|
| Commission:32.50 | Date Entered in the System  4/27/15 |

B-42 (02/96)

Bond No. B10 026 037

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 8/27/2015    Executed In Duplicate | OMB Number: 9000-0045 Expiration Date: 6/30/2016 |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| Strock Enterprises LTD 2095 Old Union Road Cheektowaga, NY 14227-2771 | ☐ INDIVIDUAL   ☐ PARTNERSHIP ☐ JOINT VENTURE   ☒ CORPORATION | |

STATE OF INCORPORATION

New York

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND (Whole numbers only) | | | |
|---|---|---|---|---|
| Aegis Security Insurance Company P.O. Box 3153 Harrisburg, PA 17105 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 000 | 047 | 405 | 26 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| | FA6670-14-D-0003-0002 |
| 8/14/2015 | Repair Vehicle Inspection Building 894 |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. Strock Enterprises LTD         (Seal) | 2.           (Seal) | 3.           (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. David L. Strock, President | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | 1.           (Seal) | 2. | (Seal) |
| NAME(S) (Typed) | 1. | 2. | |

### CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | Aegis Security Insurance Company P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC. PA | LIABILITY LIMIT $   $5,340,000.00 | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. Alissa J. Wolf, Attorney-in-Fact | | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 25A (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 U.S.C. Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."

In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2014) **BACK**

ACKNOWLEDGMENT OF PRINCIPAL

STATE OF _____New York_____ )
                                           ) SS.:
COUNTY OF _____ )

On the _____ day of _____August_____ in the year __2015__, before me, the undersigned, personally appeared _____David L. Strock_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
                                    Notary Public

ACKNOWLEDGMENT OF SURETY

STATE OF _____New York_____ )
                                           ) SS.:
COUNTY OF _____Erie_____ )

On the __27th__ day of _____August_____ in the year __2015__, before me, the undersigned, personally appeared _____Alissa J. Wolf_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
                                    Notary Public

FILED: ERIE COUNTY CLERK 11/09/2017 03:43 PM
NYSCEF DOC. NO. Case 1:18-cv-00392-LJV   Document 1-1   Filed 03/28/18   Page 48 of 118 NYSCEF: 11/09/2017

INDEX NO. 816061/2017

## AEGIS SECURITY INSURANCE COMPANY

2407 PARK DRIVE, SUITE 900, P. O. BOX 3153
HARRISBURG, PA  17110
(717) 657-9671 · FAX: (717) 657-8857

# BOND EXECUTION REPORT

---

**Bond # B10 026 043**

---

☐  **CHECK HERE IF SBA ACCOUNT/BOND**

**Principal Information**

Name: Strock Enterprises, LTD

Address: 2095 Old Union Road, Cheektowaga, NY 14227

---

**Bond Information**

| Effective Date: 9/14/15 | Bond Rate: $27.50 slide | Expiration Date: 9/14/2016 |
|---|---|---|

| Bond Amount:  $ 739,274.00 | Premium Amount: $11,982.00 |
|---|---|

Payable:
■  each year
☐  one time premium
☐  other

| Class Code: | Product Code: |
|---|---|

☐  Fidelity  ■  Surety  Type:

Renewal Instructions:  ☐   New each year      ☐ Continuous      ☐   Term
Job Description:

| Renewal Code: | Reinsurance Code: | State: |
|---|---|---|

---

**Obligee Information**

Name: Fort Drum MICC,

Address: 45 West Street, Fort Drum, NY 13602.

---

**Agent Information**

| Name:  Lawley Construction Solution | Code #: |
|---|---|

| Commission:32.50 | Date Entered in the System  9/14/2015 |
|---|---|

Bond No. B10 026 043

## PERFORMANCE BOND
*(See instructions on reverse)*

| DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB Number: **9000-0045** |
|---|---|
| 9/14/2015    Executed In Duplicate | Expiration Date: **6/30/2016** |

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*

Strock Enterprises LTD
2095 Old Union Road
Cheektowaga, NY 14227-2771

TYPE OF ORGANIZATION ("X" one)

☐ INDIVIDUAL  ☐ PARTNERSHIP

☐ JOINT VENTURE  ☒ CORPORATION

STATE OF INCORPORATION

New York

SURETY(IES) *(Name(s) and business address(es))*

Aegis Security Insurance Company
P.O. Box 3153
Harrisburg, PA 17105

PENAL SUM OF BOND *(whole numbers only)*

| MILLION(S) | THOUSANDS | HUNDRED(S) | CENTS |
|---|---|---|---|
| 000 | 739 | 274 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 07/02/2012 | W911S2-12-D-8005 |
| 09/02/2015 | W911S2-12-D-8005-0012 |
| | Repair Borland Road. |

OBLIGATION

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we the sureties bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS

The Principal has entered into the contract identified above.

THEREFORE

The above obligation is void if the Principal-

(a)(1) Performs and fulfills all the undertaking, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b)    Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 U.S.C. Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

### PRINCIPAL

| | | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. Strock Enterprises LTD (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. David L Strock, President | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. | (Seal) |
| NAME(S) *(Typed)* | 1. | 2. | |

### CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | Aegis Security Insurance Company P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC. PA | LIABILITY LIMIT ($) $5,340,000. | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. Victoria Rivera, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

**STANDARD FORM 25** (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.228 (b)

| | | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

**CORPORATE SURETY(IES)** *(Continued)*

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) First $100,000. $27.50 per thousand Next $500,000. $18.50 per thousand Remaining $239,274. $11.00 per thousand | TOTAL ($) $11,982.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2014) BACK

Bond No. B10 026 043

| **PAYMENT BOND** *(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* <br> 9/14/2015     Executed In Duplicate | OMB Number: **9000-0045** <br> Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT:  Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* <br><br> Strock Enterprises LTD <br> 2095 Old Union Road <br> Cheektowaga, NY 14227-2771 | TYPE OF ORGANIZATION *("X" one)* |
|---|---|

| | | |
|---|---|---|
| ☐ INDIVIDUAL | ☐ PARTNERSHIP |
| ☐ JOINT VENTURE | ☒ CORPORATION |

STATE OF INCORPORATION

New York

| SURETY(IES) *(Name(s) and business address(es))* <br><br> Aegis Security Insurance Company <br> P.O. Box 3153 <br> Harrisburg, PA 17105 | PENAL SUM OF BOND *(Whole numbers only)* | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 000 | 739 | 274 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 07/02/2012 <br> 09/02/2015 | W911S2-12-D-8005 <br> W911S2-12-D-8005-0009 <br> Repair Borland Road. |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| **PRINCIPAL** | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. Strock Enterprises LTD <br><br> (Seal) | 2. <br><br> (Seal) | 3. <br><br> (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. David L Strock, President | 2. | 3. | |

| **INDIVIDUAL SURETY(IES)** | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. <br><br> (Seal) | 2. <br><br> (Seal) | |
| NAME(S) *(Typed)* | 1. | 2. | |

| | **CORPORATE SURETY(IES)** | | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | Aegis Security Insurance Company <br> P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC. <br> PA | LIABILITY LIMIT <br> $5,340,000. | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. Victoria Rivera, Attorney-in-Fact | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION <br> Previous edition is usable

**STANDARD FORM 25A** (REV. 8/2014) <br> Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 U.S.C. Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."

In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2014) **BACK**

## ACKNOWLEDGMENT OF PRINCIPAL

STATE OF _____New York_____ )
                                ) SS.:
COUNTY OF _____Erie_____ )

On the _____ day of _____September_____ in the year __2015__, before me, the undersigned, personally appeared _____David L Strock_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

## ACKNOWLEDGMENT OF SURETY

STATE OF _____New York_____ )
                                ) SS.:
COUNTY OF _____Erie_____ )

On the __14th__ day of _____September_____ in the year __2015__, before me, the undersigned, personally appeared _____Victoria Rivera_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

## AEGIS SECURITY INSURANCE COMPANY
2407 PARK DRIVE, SUITE 200, P.O. BOX 3153
HARRISBURG, PA 17110
(717) 657-9671 · FAX: (717) 657-5837

# BOND EXECUTION REPORT

**Bond # B10 026 045**

☐ **CHECK HERE IF SBA ACCOUNT/BOND**

**Principal Information**

Name: Strock Enterprises LTD

Address: 2095 Old Union Road, Cheektowaga, NY 14227

**Bond Information**

| Effective Date: 9/28/2015 | Bond Rate: $27.50 slide | Expiration Date: 9/28/2016 |
|---|---|---|

Bond Amount: $53,951.34

Premium Amount: $1,484.00
Payable:
■ each year
☐ one time premium
☐ other

| Class Code: | Product Code: |
|---|---|

☐ Fidelity  ■ Surety  Type:

Renewal Instructions: ☐ New each year    ☐ Continuous    ☐ Term
Job Description:

| Renewal Code: | Reinsurance Code: | State: |
|---|---|---|

**Obligee Information**

Name: Operational Contracting Office, 914 CONG/LGC

Address: 2720 Kirkbridge Drive, Niagara Falls, NY 14304

**Agent Information**

Name: Lawley Construction Solution

Code #:

Commission: 32.50    Date Entered in the System  9/28/2015

B-42 (02/96)

## BONDING COMPANY - ESTIMATED BREAKDOWN

CONTRACTOR:     STROCK ENTERPRISES LTD

PROJECT OWNER     914TH - DEMOLISH BLDG 811

BID DATE

### ESTIMATED BREAKDOWN OF PROJECT

| | | |
|---|---|---|
| Labor | $ 15,000.00 | 27.8% |
| Material | $ 8,000.00 | 14.8% |
| Equipment | $ 15,000.00 | 27.8% |
| Subcontractors (See Below) | $ 8,000.00 | 14.8% |
| Gross Profit | $ 7,951.43 | 14.7% |
| TOTAL | $ 53,951.43 | 100.00% |

### SUBCONTRACTORS

| Type of Work | Estimated Cost | Bonded  Y / N |
|---|---|---|
| OCONNELL ELECTRICAL | $8,000 | N |
| | | |
| | | |
| | | |
| | | |
| | | |

## ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 11

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. FA6670-14-D-0303 | 2. DELIVERY ORDER/ CALL NO. 0003 | 3. DATE OF ORDER/CALL (YYYYMMMDD) 2015 Sep 14 | 4. REQ./ PURCH. REQUEST NO. FSJ3DS128A001 | | 5. PRIORITY |
|---|---|---|---|---|---|

| 6. ISSUED BY          CODE | FA6670 | 7. ADMINISTERED BY (if other than 6)     CODE | | 8. DELIVERY FOB |
|---|---|---|---|---|

OPERATIONAL CONTRACTING OFFICE
914 CONF/LGC
2720 KIRKBRIDGE DR
NIAGARA FALLS NY 14304-5001

SEE ITEM 6

8. DELIVERY FOB
[X] DESTINATION
[ ] OTHER

(See Schedule if other)

| 9. CONTRACTOR     CODE | 3ZML4 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) SEE SCHEDULE | 11. MARK IF BUSINESS IS |
|---|---|---|---|---|

NAME AND ADDRESS
STROCK ENTERPRISES LTD.
DAVID STROCK
2095 OLD UNION RD
CHEEKTOWAGA NY 14227-2771

12. DISCOUNT TERMS
Net 14 Days

11. MARK IF BUSINESS IS
[ ] SMALL
[X] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See WAWF Statement

| 14. SHIP TO     CODE | F5J3DS | 15. PAYMENT WILL BE MADE BY     CODE | F67100 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. |
|---|---|---|---|---|

CIVIL ENGINEERING - F5J3DS
P. BATTISTA
2405 FRANKLIN DRIVE/BLDG 403
NIAGARA FALLS, NY 14304-5063

DEFENSE FINANCE AND ACCOUNTING SERVICE
ATTN:DFAS-BAASD/CC   P.O. BOX 369020
COLUMBUS OH 43236-9020

| 16. TYPE OF ORDER | DELIVERY/ CALL | [X] | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your quote dated Furnish the following on terms specified herein. REF: |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| Strock Enterprises LTD | | David Strock, President | 2015/09/14 |
|---|---|---|---|
| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

| 24. UNITED STATES OF AMERICA TEL: 716-236-2215 EMAIL: mary.pyleplatts@us.af.mil BY: MARY E PYLE PLATTS                    /s/ Mary E ( CONTRACTING / ORDERING OFFICER | 25. TOTAL | $53,951.34 |
|---|---|---|
| | 26. DIFFERENCES | |

27a. QUANTITY IN COLUMN 20 HAS BEEN [ ] INSPECTED   [ ] RECEIVED   [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP NO. | 29. DO VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | [ ] PARTIAL [ ] FINAL | 32. PAID BY | |

| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | | 33. AMOUNT VERIFIED CORRECT FOR |
|---|---|---|---|

36. I certify this account is correct and proper for payment.

| a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL | 34. CHECK NUMBER |
|---|---|---|---|
| | | | 35. BILL OF LADING NO. |

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

DD Form 1155, DEC 2001                              PREVIOUS EDITION IS OBSOLETE.

FA6670-14-D-0003

0003

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|-----------|--------|
| 0001 | | 1 | Lot | $53,951.34 | $53,951.34 |

Demolish Building 811

FFP

Contractor to furnish all plant, labor, parts, materials, equipment, tools, transportation and supervision required to complete the following construction project, RVKQ 13-0594, Demo Building 811, in strict accordance with the attached Statement of Work with applicable drawings, dated 03 March 2015 and contract clauses contained herein and as a part of the basic contract FA6670-14-D-0003, at the 914th Airlift Wing, Niagara Falls, NY 14304.

FOB: Destination

PURCHASE REQUEST NUMBER: F5J3DS5128A001

PROJECT: RVKQ 13-0594

SIGNAL CODE: A

NET AMT                    $53,951.34

FA6670-14-D-0003

0003

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 000101  |                   |          | Lot  |            | $0.00  |

Funding for CLIN 0001

FFP

FOB: Destination

PURCHASE REQUEST NUMBER: F5J3DS5128A001

PROJECT: RVKQ 13-0594

SIGNAL CODE: A

NET AMT $0.00

ACRN AA $53,951.34

CIN: F5J3DS5128A0010000AA

INSPECTION AND ACCEPTANCE TERMS

FA6670-14-D-0003

0003

Page 4 of 11

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|-----------|-----------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |
| 000101 | Destination | Government | Destination | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|------|--------------|----------|----------------|-----|
| 0001 | 13-NOV-2015 | 1 | CIVIL ENGINEERING - F5J3DS | F5J3DS |
| | | | P. BATTISTA | |
| | | | 2405 FRANKLIN DRIVE/BLDG 403 | |
| | | | NIAGARA FALLS, NY 14304-5063 | |
| | | | 716-236-3103 | |
| | | | FOB: Destination | |
| 000101 | N/A | N/A | N/A | N/A |

FA6670-14-D-0003

0003

FA6670-14-D-0003

0003

Page 6 of 11

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

52.223-4          Recovered Material Certification                    MAY 2008

CLAUSES INCORPORATED BY FULL TEXT

52.211-10    COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within 10 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 30 calendar days.  The time stated for completion shall include final cleanup of the premises.

(End of clause)

52.211-12    LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $203.64 for each calendar day of delay until the work is completed or accepted.

FA6670-14-D-0003

0003

Page 7 of 11

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.223-9   ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESIGNATED ITEMS (MAY 2008)

(a) Definitions. As used in this clause--

Postconsumer material means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material."

Recovered material means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process.

(b) The Contractor, on completion of this contract, shall--

(1) Estimate the percentage of the total recovered material content for EPA-designated item(s) delivered and/or used in contract performance, including, if applicable, the percentage of post-consumer material content; and

(2) Submit this estimate to 914th CONF/LGC, 2720 Kirkbridge Dr., Niagara Falls, NY  14304-5001.

FA6670-14-D-0003

0003

Page 8 of 11

(End of clause)

252.232-7006 WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS (MAY 2013)

(a) Definitions. As used in this clause--

Department of Defense Activity Address Code (DoDAAC) is a six position code that uniquely identifies a unit, activity, or organization.

Document type means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

Local processing office (LPO) is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b) Electronic invoicing. The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c) WAWF access. To access WAWF, the Contractor shall--

(1) Have a designated electronic business point of contact in the System for Award Management at https://www.acquisition.gov; and

(2) Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this Web site.

(d) WAWF training. The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/.

(e) WAWF methods of document submission. Document submissions may be via Web entry, Electronic Data Interchange, or File Transfer Protocol.

(f) WAWF payment instructions. The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

(1) Document type. The Contractor shall use the following document type(s).

FA6670-14-D-0003

0003

Page 9 of 11

**Construction Payment Invoice**

(2) Inspection/acceptance location. The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

**Not Applicable**

(3) Document routing. The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
| --- | --- |
| Pay Official DoDAAC | F67100 |
| Issue By DoDAAC | FA6670 |
| Admin DoDAAC | FA6670 |
| Inspect By DoDAAC | F5J3DS |
| Ship To Code | N/A |
| Ship From Code | N/A |
| Mark For Code | N/A |
| Service Approver (DoDAAC) | N/A |
| Service Acceptor (DoDAAC) | F5J3LC |
| Accept at Other DoDAAC | N/A |
| LPO DoDAAC | N/A |
| DCAA Auditor DoDAAC | N/A |
| Other DoDAAC(s) | N/A |

(4) Payment request and supporting documentation. The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5) WAWF email notifications. The Contractor shall enter the email address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.
**Not Applicable**

(g) WAWF point of contact. (1) The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

914 CONF/LGC, Jason P. Topick, 716.236.2214, Jason.topick.1@US.AF.MIL

FA6670-14-D-0003

0003

(2) For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

ATTACHMENTS

THE FOLLOWING ATTACHMENTS (IN HARD COPY) ARE A PART OF THIS CONTRACT:

Attachment 1: Statement of Work with applicable drawings, 03 March, 2015, 4 pgs.

Attachment 2: Wage Determination NY140019, dated 09/05/2014, Building, 6 pgs.

FA6670-14-D-0003

0003

Section 00800 - Special Contract Requirements

## ACCOUNTING AND APPROPRIATION DATA

AA: 5753740    545 6248 3A 4448 010000 53601 58093F 667100 F67100   WO:A74613
AMOUNT: $53,951.34
CIN F5J3DS5128A0010000AA: $53,951.34

FILED: ERIE COUNTY CLERK 11/09/2017 03:43 PM
NYSCEF DOC. NO.    Case 1:18-cv-00392-LJV   Document 1-1   Filed 03/28/18   Page 67 of 118

INDEX NO. 816061/2017
RECEIVED NYSCEF: 11/09/2017

## AEGIS SECURITY INSURANCE COMPANY

2407 PARK DRIVE, SUITE 200, P. O. BOX 3165
HARRISBURG, PA 17110
(717) 657-9671 · FAX: (717) 657-5857

# BOND EXECUTION REPORT

Bond # B10 026 046

☐ CHECK HERE IF SBA ACCOUNT/BOND

**Principal Information**

Name: Strock Enterprises LTD

Address: 2095 Old Union Road, Cheektowaga, NY 14227

**Bond Information**

| Effective Date: 9/28/2015 | Bond Rate: $27.50 slide | Expiration Date: 9/28/2016 |
|---|---|---|

| Bond Amount: $539,998.86 | Premium Amount: Payable: | 9,790.00 |
|---|---|---|

■ each year
☐ one time premium
☐ other

| Class Code: | Product Code: |
|---|---|

☐ Fidelity ■ Surety  Type:

Renewal Instructions: ☐ New each year  ☐ Continuous  ☐ Term
Job Description:

| Renewal Code: | Reinsurance Code: | State: |
|---|---|---|

**Obligee Information**

Name: Operational Contracting Office, 914 CONG/LGC

Address: 2720 Kirkbridge Drive, Niagara Falls, NY 14304

**Agent Information**

| Name:  Lawley Construction Solution | Code #: |
|---|---|

| Commission:32.50 | Date Entered in the System  9/28/2015 |
|---|---|

B-42 (02/96)

Bond No. B10 026 046

| PERFORMANCE BOND<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same as or later than date of contract)*<br>9/28/2015    Executed In Duplicate | OMB Number: **9000-0045**<br>Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*

Strock Enterprises LTD
2095 Old Union Road
Cheektowaga, NY 14227-2771

**TYPE OF ORGANIZATION ("X" one)**

☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION: New York

**SURETY(IES)** *(Name(s) and business address(es))*

Aegis Security Insurance Company
P.O. Box 3153
Harrisburg, PA 17105

**PENAL SUM OF BOND** *(whole numbers only)*

| MILLION(S) | THOUSANDS | HUNDRED(S) | CENTS |
|---|---|---|---|
| 000 | 539 | 998 | 86 |

CONTRACT DATE: 09/21/2015
CONTRACT NO.: FA6670-14-D-0003-0004
Renovate Bldg 700

**OBLIGATION**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we the sureties bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us.. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS**

The Principal has entered into the contract identified above.

**THEREFORE**

The above obligation is void if the Principal-

(a)(1) Performs and fulfills all the undertaking, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, and conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 U.S.C. Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | Strock Enterprises LTD (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. David L Strock, President | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) | (Seal) |
| NAME(S) *(Typed)* | 1. | 2. | |

**CORPORATE SURETY(IES)**

| | | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | Aegis Security Insurance Company P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC. PA   LIABILITY LIMIT ($) $5,340,000.00 | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S *(Typed)* | 1. Victoria Rivera, Attorney-in-Fact | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

**STANDARD FORM 25** (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.228 (b)

## CORPORATE SURETY(IES) *(Continued)*

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) First $100,000 $27.50 per thousand Next $400,000 $16.50 per thousand Final $39,999 $11.00 per thousand | TOTAL ($) $9,790.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

Bond No. B10 026 046

| PAYMENT BOND *(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* <br><br> 9/28/2015    Executed In Duplicate | OMB Number: **9000-0045** <br> Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT:  Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* <br><br> Strock Enterprises LTD <br> 2095 Old Union Road <br> Cheektowaga, NY 14227-2771 | TYPE OF ORGANIZATION *("X" one)* |
|---|---|

TYPE OF ORGANIZATION:
- [ ] INDIVIDUAL
- [ ] JOINT VENTURE
- [ ] PARTNERSHIP
- [X] CORPORATION

STATE OF INCORPORATION: New York

| SURETY(IES) *(Name(s) and business address(es))* <br><br> Aegis Security Insurance Company <br> P.O. Box 3153 <br> Harrisburg, PA 17105 | PENAL SUM OF BOND *(Whole numbers only)* |||| |
|---|---|---|---|---|

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 000 | 539 | 998 | 86 |

| CONTRACT DATE <br><br> 9/21/2015 | CONTRACT NO. <br> FA6670-14-D-0003-0004 <br> Renovate Bldg 700 |
|---|---|

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. Strock Enterprises LTD (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. David L Strock, President | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. | (Seal) |
| NAME(S) *(Typed)* | 1. | 2. | |

### CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | Aegis Security Insurance Company <br> P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC. <br> PA | LIABILITY LIMIT <br> $5,340,000.00 | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. Victoria Rivera, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 25A** (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

| | CORPORATE SURETY(IES) *(Continued)* | | | |
|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 U.S.C. Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."

In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2014) **BACK**

## ACKNOWLEDGMENT OF PRINCIPAL

STATE OF _____New York_____ )
                        ) SS.:
COUNTY OF _____Erie_____ )

        On the _____ day of_____ in the year __2015__, before me, the undersigned, personally appeared _____David L Strock_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                       _____
                                          Notary Public

## ACKNOWLEDGMENT OF SURETY

STATE OF _____New York_____ )
                        ) SS.:
COUNTY OF _____Erie_____ )

        On the __28th__ day of_____September_____ in the year __2015__, before me, the undersigned, personally appeared _____Victoria Rivera_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                       _____
                                          Notary Public

## AEGIS SECURITY INSURANCE COMPANY

2407 PARK DRIVE, SUITE 200, P. O. BOX 5165
HARRISBURG, PA 17110
(717) 657-9671 · FAX: (717) 657-5857

# BOND EXECUTION REPORT

---

**Bond # B10 026 047**

---

☐ **CHECK HERE IF SBA ACCOUNT/BOND**

**Principal Information**

Name: Strock Enterprises LTD

Address: 2095 Old Union Road, Cheektowaga, NY 14227

---

**Bond Information**

| Effective Date: 9/28/2015 | Bond Rate: $27.50 slide | Expiration Date: 9/28/2016 |
|---|---|---|

Bond Amount: $29,971.46

Premium Amount: 824.00
Payable:
■ each year
☐ one time premium
☐ other

Class Code: | Product Code:

☐ Fidelity ■ Surety Type:

Renewal Instructions: ☐ New each year    ☐ Continuous    ☐ Term
Job Description:

| Renewal Code: | Reinsurance Code: | State: |
|---|---|---|

---

**Obligee Information**

Name: Operational Contracting Office, 914 CONG/LGC

Address: 2720 Kirkbridge Drive, Niagara Falls, NY 14304

---

**Agent Information**

Name: Lawley Construction Solution | Code #:

Commission:32.50 | Date Entered in the System 9/28/2015

---

Lawley Service, Inc.
361 Delaware Avenue
Buffalo, New York 14202-2792

CLASS _____

**Bond Department – Fax # (716) 849-8291**

Telephone:

| | | |
|---|---|---|
| Brad Hall | (716) 849-8696 | bhall@lawleyinsurance.com |
| Pete O'Connell | (716) 849-8236 | poconnell@lawleyinsurance.com |
| Victoria Rivera | (716) 849-1537 | vrivera@lawleyinsurance.com |
| Kathy Lancaster | (716) 849-8200 | klancaster@lawleyinsurance.com |
| Sandy Schenck | (716) 849-8649 | sschenck@lawleyinsurance.com |
| Colleen Kendziora | (716) 849-1577 | ckendziora@lawleyinsurance.com |

## Project Information:

Bid Date: _____   Time of Bid: _____   Date Submitted: 9/28/15   By: RYAN HECHT

Contractor: STROCK ENTERPRISES LTD

In Contract with: OPERATIONAL CONTRACTING OFFICE, 914 CONF/LGC

Address: 2720 KIRKBRIDGE DR., NIAGARA FALLS, NY 14304

Project Title / Description:  CONTRACT NO. FA6670-14-D-0003-0005, "REPAIR INDOOR RANGE BLDG 427"

Estimate:  $ 29,971.46   Completion Date or Time Allowed: 90 DAYS FROM NTP

Delay Penalties / Damages: $203.64   Payments: MONTHLY

Retention: none   Maintenance / Guaranty Period: 1 YEAR

Architect: NA   Address: _____

## Bid Security Requirements:
☐   Bid Bond % _____   or $ _____   Form _____   or Copy Attached _____   # of Copies 2
☐   Certified Check – Amt $ _____       ☐   Issue Substitute for bid check
☐   Letter of Surety Intent                     ☐   Special wording attached
☐   None / Other _____

## Contractor Bond Requirements:
☐   Performance 100% of Contract Price   Form _____ AIA or _____ Copy Attached
☒   Payment 100% of Contract Price          Form _____ AIA or _____ Copy Attached
☐   Maintenance _____% of Contract Price   Form _____ AIA or _____ Copy Attached
☐   None / Other _____

## Insurance Requirements:
☐   Specifications attached for LSI pre-bid review/quotation of special coverages/adequate limits
☐   No LSI pre-bid review of insurance specifications is required.  Contractor has reviewed and will submit if contract awarded.

## Bid Results:
Low Bidder: _____   Amount: _____
Second _____   Amount: _____
Third: _____   Amount: _____
Our Bid, if not listed above: $ _____   # _____ of _____ Total Bidders)

## Contract Award:
Contract Date: FA6670-14-D-0003-0005   Contract Amount: $29,971.46   # of copies: 2

## ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 7

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. FA6670-14-D-0003 | 2. DELIVERY ORDER/ CALL NO. 0005 | 3. DATE OF ORDER/CALL (YYYYMMMDD) 2015 Sep 21 | 4. REQ./ PURCH. REQUEST NO. FSJ3DS513A001 | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY CODE FA6670 | 7. ADMINISTERED BY (if other than 6) CODE |
|---|---|

OPERATIONAL CONTRACTING OFFICE
914 CONF/LGC
2720 KIRKBRIDGE DR
NIAGARA FALLS NY 14304-5031

**SEE ITEM 6**

8. DELIVERY FOB
[X] DESTINATION
[ ] OTHER
(See Schedule if other)

| 9. CONTRACTOR CODE 3ZML4 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) SEE SCHEDULE | 11. MARK IF BUSINESS IS |
|---|---|---|---|

NAME AND ADDRESS
STROCK ENTERPRISES LTD.
DAVID STROCK
2095 OLD UNION RD
CHEEKTOWAGA NY 14227-2771

12. DISCOUNT TERMS
Net 14 Days

11. MARK IF BUSINESS IS
[ ] SMALL
[X] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See WAWF Statement

| 14. SHIP TO CODE F5J3DS | 15. PAYMENT WILL BE MADE BY CODE F67100 |
|---|---|

CIVIL ENGINEERING - F5J3DS
P. BATTISTA
2405 FRANKLIN DRIVE/BLDG 403
NIAGARA FALLS, NY 14304-5063

DEFENSE FINANCE AND ACCOUNTING SERVICE
ATTN:DFAS-BA/ASD/CC  P.C. BOX 369020
COLUMBUS OH 43236-9020

**MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.**

| 16. TYPE OF ORDER | DELIVERY/ CALL | X | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your quote dated Furnish the following on terms specified herein. REF: |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| Strock Enterprises LTD | | David Strock, President | 2015/09/21 |
|---|---|---|---|
| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
TEL: 716-236-2215
EMAIL: mary.pyleplatts@us.af.mil
BY: MARY E PYLE PLATTS
CONTRACTING / ORDERING OFFICER

| 25. TOTAL | $29,971.46 |
|---|---|
| 26. DIFFERENCES | |

27a. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED  [ ] RECEIVED  [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

c. DATE (YYYYMMMDD)

d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP NO. | 29. DO VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| f. TELEPHONE NUMBER  g. E-MAIL ADDRESS | [ ] PARTIAL [ ] FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| 36. I certify this account is correct and proper for payment. | 31. PAYMENT | | 34. CHECK NUMBER |
| a. DATE (YYYYMMMDD)  b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | [ ] COMPLETE [ ] PARTIAL [ ] FINAL | | 35. BILL OF LADING NO. |

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

DD Form 1155, DEC 2001

PREVIOUS EDITION IS OBSOLETE.

FA6670-14-D-0003
0005
Page 2 of 7

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0001 | | 1 | Lot | $29,971.46 | $29,971.46 |

Repair Indoor Firing Range, Bldg. 427
FFP
Contractor to furnish all plant, labor, parts, materials, equipment, tools,
transportation and supervision required to complete the following construction
project, RVKQ 16-0626, Repair Indoor Firing Range, Bldg. 427, in strict
accordance with the attached Statement of Work with applicable drawings, dated 2
April 2015 and contract clauses contained herein and as a part of the basic contract
(FA6670-14-D-0003) at the 914th Airlift Wing, Niagara Falls, NY 14304
FOB: Destination
PURCHASE REQUEST NUMBER: F5J3DS5134A001
PROJECT: RVKQ: 16-0626
SIGNAL CODE: A

|  |  | NET AMT | $29,971.46 |
|--|--|---------|------------|

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 000101 | | | | | $0.00 |

Funding for CLIN 0001
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: F5J3DS5134A001
PROJECT: RVKQ: 16-0626
SIGNAL CODE: A

|  |  | NET AMT | $0.00 |
|--|--|---------|-------|

ACRN AA                                          $29,971.46
CIN: F5J3DS5134A0010000AA

FA6670-14-D-0003
0005
Page 3 of 7

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|-----------|-----------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |
| 000101 | Destination | Government | Destination | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|------|--------------|----------|-----------------|-----|
| 0001 | 19-JAN-2016 | 1 | CIVIL ENGINEERING - F5J3DS<br>P. BATTISTA<br>2405 FRANKLIN DRIVE/BLDG 403<br>NIAGARA FALLS, NY 14304-5063<br>716-236-3103<br>FOB: Destination | F5J3DS |
| 000101 | N/A | N/A | N/A | N/A |

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| 52.223-4 | Recovered Material Certification | MAY 2008 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-10   COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract 10 Calendar Days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 90 Calendar Days.  The time stated for completion shall include final cleanup of the premises.

(End of clause)

52.211-12   LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $203.64 for each calendar day until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

**52.223-9   ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESIGNATED ITEMS (MAY 2008)**

(a) Definitions. As used in this clause--

Postconsumer material means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material."

Recovered material means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process.

(b) The Contractor, on completion of this contract, shall--

(1) Estimate the percentage of the total recovered material content for EPA-designated item(s) delivered and/or used in contract performance, including, if applicable, the percentage of post-consumer material content; and

(2) Submit this estimate to **914 CONF/LGC, 2720 Kirkbridge Dr., Niagara Falls, NY 14304-5001**

FA6670-14-D-0003
0005
Page 5 of 7

(End of clause)

252.232-7006 WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS (MAY 2013)

(a) Definitions. As used in this clause--

Department of Defense Activity Address Code (DoDAAC) is a six position code that uniquely identifies a unit, activity, or organization.

Document type means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

Local processing office (LPO) is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b) Electronic invoicing. The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c) WAWF access. To access WAWF, the Contractor shall--

(1) Have a designated electronic business point of contact in the System for Award Management at https://www.acquisition.gov; and

(2) Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this Web site.

(d) WAWF training. The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/.

(e) WAWF methods of document submission. Document submissions may be via Web entry, Electronic Data Interchange, or File Transfer Protocol.

(f) WAWF payment instructions. The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

(1) Document type. The Contractor shall use the following document type(s).

**Construction Payment Invoice**

(2) Inspection/acceptance location. The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

**Not Applicable**

(3) Document routing. The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
| --- | --- |
| Pay Official DoDAAC | F67100 |
| Issue By DoDAAC | FA6670 |
| Admin DoDAAC | FA6670 |
| Inspect By DoDAAC | F5J3DS |
| Ship To Code | N/A |
| Ship From Code | N/A |
| Mark For Code | N/A |
| Service Approver (DoDAAC) | N/A |
| Service Acceptor (DoDAAC) | F5J3LC |
| Accept at Other DoDAAC | N/A |
| LPO DoDAAC | N/A |
| DCAA Auditor DoDAAC | N/A |
| Other DoDAAC(s) | N/A |

(4) Payment request and supporting documentation. The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5) WAWF email notifications. The Contractor shall enter the email address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

**Not Applicable**

(g) WAWF point of contact. (1) The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

**914 CONF/LGC, Jason P. Topick, 716.236.2214, jason.topick.1@us.af.mil**

(2) For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

ATTACHMENTS:
THE FOLLOWING ATTACHMENTS (IN HARD COPY) ARE A PART OF THIS CONTRACT

Attachment 1: Statement of Work with applicable drawings, 02 April 2015, 3 pgs.

Attachment 2: Wage Determination NY 140019, dated 09/05/2014, 6 pgs.

Section 00800 - Special Contract Requirements

## ACCOUNTING AND APPROPRIATION DATA

AA: 5753740     545 6248 3A.4449 010000 52204 52576F 667100 F67100   WO:A74633
AMOUNT: $29,971.46
CIN F5J3DS5134A0010000AA: $29,971.46

## ORDER FOR SUPPLIES OR SERVICES

| | | | | PAGE 1 OF 7 |
|---|---|---|---|---|

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. FA6670-14-D-0003 | 2. DELIVERY ORDER/ CALL NO. 0005 | 3. DATE OF ORDER/CALL (YYYYMMDD) 2015 Sep 21 | 4. REQ./ PURCH. REQUEST NO. F5J3DS5134A001 | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY | CODE | FA6670 | 7. ADMINISTERED BY (if other than 6) | CODE | 8. DELIVERY FOB |
|---|---|---|---|---|---|

OPERATIONAL CONTRACTING OFFICE
914 CONF/LGC
2720 KIRKBRIDGE DR
NIAGARA FALLS NY 14304-5001

**SEE ITEM 6**

8. DELIVERY FOB
[X] DESTINATION
[ ] OTHER
(See Schedule if other)

| 9. CONTRACTOR | CODE | 3ZML4 | FACILITY | | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD) SEE SCHEDULE | 11. MARK IF BUSINESS IS |
|---|---|---|---|---|---|---|

NAME AND ADDRESS
STROCK ENTERPRISES LTD.
DAVID STROCK
2095 OLD UNION RD
CHEEKTOWAGA NY 14227-2771

12. DISCOUNT TERMS
Net 14 Days

11. MARK IF BUSINESS IS
[ ] SMALL
[X] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See WAWF Statement

| 14. SHIP TO | CODE | F5J3DS | 15. PAYMENT WILL BE MADE BY | CODE | F67100 |
|---|---|---|---|---|---|

CIVIL ENGINEERING - F5J3DS
P. BATTISTA
2405 FRANKLIN DRIVE/BLDG 403
NIAGARA FALLS, NY 14304-5063

DEFENSE FINANCE AND ACCOUNTING SERVICE
ATTN: DFAS-BA/ABD/CC   P.O. BOX 369020
COLUMBUS OH 43236-9020

MARK ALL
PACKAGES AND
PAPERS WITH
IDENTIFICATION
NUMBERS IN
BLOCKS 1 AND 2.

| 16. TYPE OF ORDER | DELIVERY/ CALL | X | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your quote dated |

Furnish the following on terms specified herein. REF:

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| Strock Enterprises LTD | | David Strock, President | 2015/09/21 |
|---|---|---|---|
| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
TEL: 716-236-2215
EMAIL: mary.pyleplatts@us.af.mil
BY: MARY E PYLE PLATTS

CONTRACTING / ORDERING OFFICER

| 25. TOTAL | $29,971.49 |
|---|---|
| 26. DIFFERENCES | |

27a. QUANTITY IN COLUMN 20 HAS BEEN   [ ] INSPECTED   [ ] RECEIVED   [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP NO. | 29. DO VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | [ ] PARTIAL [ ] FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER   g. E-MAIL ADDRESS | 31. PAYMENT | | |
| 36. I certify this account is correct and proper for payment. | [ ] COMPLETE | | 34. CHECK NUMBER |
| a. DATE (YYYYMMDD)   b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | [ ] PARTIAL [ ] FINAL | | 35. BILL OF LADING NO. |

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

DD Form 1155, DEC 2001

PREVIOUS EDITION IS OBSOLETE.

FA6670-14-D-0003
0005
Page 2 of 7

Section 00010 - Solicitation Contract Form

| ITEM NO 0001 | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Lot | UNIT PRICE $29,971.46 | AMOUNT $29,971.46 |
|---|---|---|---|---|---|

Repair Indoor Firing Range, Bldg. 427
FFP
Contractor to furnish all plant, labor, parts, materials, equipment, tools, transportation and supervision required to complete the following construction project, RVKQ 16-0626, Repair Indoor Firing Range, Bldg. 427, in strict accordance with the attached Statement of Work with applicable drawings, dated 2 April 2015 and contract clauses contained herein and as a part of the basic contract (FA6670-14-D-0003) at the 914th Airlift Wing, Niagara Falls, NY 14304
FOB: Destination
PURCHASE REQUEST NUMBER: F5J3DS5134A001
PROJECT: RVKQ: 16-0626
SIGNAL CODE: A

NET AMT                    $29,971.46

| ITEM NO 000101 | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT $0.00 |
|---|---|---|---|---|---|

Funding for CLIN 0001
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: F5J3DS5134A001
PROJECT: RVKQ: 16-0626
SIGNAL CODE: A

NET AMT                    $0.00

ACRN AA                    $29,971.46
CIN: F5J3DS5134A0010000AA

FA6670-14-D-0003
0005
Page 3 of 7

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|-----------|-----------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |
| 000101 | Destination | Government | Destination | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|------|--------------|----------|-----------------|-----|
| 0001 | 19-JAN-2016 | 1 | CIVIL ENGINEERING - F5J3DS<br>P. BATTISTA<br>2405 FRANKLIN DRIVE/BLDG 403<br>NIAGARA FALLS, NY 14304-5063<br>716-236-3103<br>FOB: Destination | F5J3DS |
| 000101 | N/A | N/A | N/A | N/A |

FA6670-14-D-0003
0005
Page 4 of 7

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| 52.223-4 | Recovered Material Certification | MAY 2008 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-10   COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract 10 Calendar Days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 90 Calendar Days. The time stated for completion shall include final cleanup of the premises.

(End of clause)

52.211-12   LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $203.64 for each calendar day until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

**52.223-9   ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESIGNATED ITEMS (MAY 2008)**

(a) Definitions. As used in this clause--

Postconsumer material means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material."

Recovered material means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process.

(b) The Contractor, on completion of this contract, shall--

(1) Estimate the percentage of the total recovered material content for EPA-designated item(s) delivered and/or used in contract performance, including, if applicable, the percentage of post-consumer material content; and

(2) Submit this estimate to **914 CONF/LGC, 2720 Kirkbridge Dr., Niagara Falls, NY 14304-5001**

FA6670-14-D-0003
0005
Page 5 of 7

(End of clause)


252.232-7006 WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS (MAY 2013)

(a) Definitions. As used in this clause--

Department of Defense Activity Address Code (DoDAAC) is a six position code that uniquely identifies a unit, activity, or organization.

Document type means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

Local processing office (LPO) is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b) Electronic invoicing. The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c) WAWF access. To access WAWF, the Contractor shall--

(1) Have a designated electronic business point of contact in the System for Award Management at https://www.acquisition.gov; and

(2) Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this Web site.

(d) WAWF training. The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/.

(e) WAWF methods of document submission. Document submissions may be via Web entry, Electronic Data Interchange, or File Transfer Protocol.

(f) WAWF payment instructions. The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

(1) Document type. The Contractor shall use the following document type(s).

**Construction Payment Invoice**

(2) Inspection/acceptance location. The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

**Not Applicable**

(3) Document routing. The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
| --- | --- |
| Pay Official DoDAAC | F67100 |
| Issue By DoDAAC | FA6670 |
| Admin DoDAAC | FA6670 |
| Inspect By DoDAAC | F5J3DS |
| Ship To Code | N/A |
| Ship From Code | N/A |
| Mark For Code | N/A |
| Service Approver (DoDAAC) | N/A |
| Service Acceptor (DoDAAC) | F5J3LC |
| Accept at Other DoDAAC | N/A |
| LPO DoDAAC | N/A |
| DCAA Auditor DoDAAC | N/A |
| Other DoDAAC(s) | N/A |

(4) Payment request and supporting documentation. The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5) WAWF email notifications. The Contractor shall enter the email address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

**Not Applicable**

(g) WAWF point of contact. (1) The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

**914 CONF/LGC, Jason P. Topick, 716.236.2214, jason.topick.1@us.af.mil**

(2) For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

ATTACHMENTS:
THE FOLLOWING ATTACHMENTS (IN HARD COPY) ARE A PART OF THIS CONTRACT

Attachment 1: Statement of Work with applicable drawings, 02 April 2015, 3 pgs.

Attachment 2: Wage Determination NY 140019, dated 09/05/2014, 6 pgs.

Section 00800 - Special Contract Requirements

ACCOUNTING AND APPROPRIATION DATA

AA: 5753740     545 6248 3A4449 010000 52204 52576F 667100 F67100   WO:A74633
AMOUNT: $29,971.46
CIN F5J3DS5134A0010000AA: $29,971.46

# AEGIS SECURITY INSURANCE COMPANY

2407 PARK DRIVE, SUITE 200, P. O. BOX 5155
HARRISBURG, PA  17110
(717) 657-9671 [ FAX: (717) 657-5837

# BOND EXECUTION REPORT

Bond # B10 026 049

☐  CHECK HERE IF SBA ACCOUNT/BOND

**Principal Information**

Name: Strock Enterprises LTD

Address: 2095 Old Union Road, Cheektowaga, NY 14227

**Bond Information**

| Effective Date: 10/6/2015 | Bond Rate:  $27.50 slide | Expiration Date: 10/6/2016 |
|---|---|---|

| Bond Amount: $206,658.69 | Premium Amount: Payable: | 4,510.00 ■  each year ☐  one time premium ☐  other |
|---|---|---|
| Class Code: | Product Code: | |
| ☐  Fidelity  ■  Surety  Type: | | |

Renewal Instructions: ☐   New each year        ☐ Continuous        ☐   Term
Job Description:

| Renewal Code: | Reinsurance Code: | State: |
|---|---|---|

**Obligee Information**

Name: Operational Contracting Office, 914 CONG/LGC

Address: 2720 Kirkbridge Drive, Niagara Falls, NY 14304

**Agent Information**

| Name:  Lawley Construction Solution | Code #: |
|---|---|
| Commission:32.50 | Date Entered in the System  9/28/2015 |

B-42  (02/96)

Bond No. B10 026 049

| **PERFORMANCE BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br><br>10/6/2015    Executed In Duplicate | OMB Number: **9000-0045**<br>Expiration Date: **6/30/2016** |
|---|---|---|

**PAPERWORK REDUCTION ACT STATEMENT:** Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION ("X" one) | | |
|---|---|---|---|
| Strock Enterprises LTD<br>2095 Old Union Road<br>Cheektowaga, NY 14227-2771 | ☐ INDIVIDUAL<br><br>☐ JOINT VENTURE | | ☐ PARTNERSHIP<br><br>☒ CORPORATION |

| STATE OF INCORPORATION |
|---|
| New York |

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND *(whole numbers only)* | | | |
|---|---|---|---|---|
| Aegis Security Insurance Company<br>PO Box 3153<br>Harrisburg, PA 17105 | MILLION(S)<br><br>000 | THOUSAND(S)<br><br>206 | HUNDRED(S)<br><br>658 | CENTS<br><br>69 |

| CONTRACT DATE<br><br>9/28/2015 | CONTRACT NO.<br>FA6670-14-D-0003-0006<br>Repair Bldg 907 |
|---|---|

## OBLIGATION

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we the sureties bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS

The Principal has entered into the contract identified above.

## THEREFORE

The above obligation is void if the Principal-

(a)(1) Performs and fulfills all the undertaking, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 U.S.C. Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

## WITNESS

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | Strock Enterprises LTD<br>(Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | David L Strock, President | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) | (Seal) |
| NAME(S) *(Typed)* | 1. | 2. | |

### CORPORATE SURETY(IES)

| | NAME & ADDRESS | Aegis Security Insurance Company<br>PO Box 3153, Harrisburg, PA 17105 | STATE OF INC.<br>PA | LIABILITY LIMIT ($)<br>$5,340,000.00 | |
|---|---|---|---|---|---|
| **SURETY A** | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | Alissa J. Wolf, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

**STANDARD FORM 25** (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.228 (b)

**CORPORATE SURETY(IES)** *(Continued)*

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) Final $100,000 $27.50 per thousand Final $106,659.69  $16.50 per thousand | TOTAL ($) $4,510.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated  "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2014) **BACK**

Bond No. B10 026 049

| PAYMENT BOND <br> *(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* <br><br> 10/6/2015     Executed In Duplicate | OMB Number: 9000-0045 <br> Expiration Date: 6/30/2016 |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | | |
|---|---|---|---|
| Strock Enterprises LTD <br> 2095 Old Union Road <br> Cheektowaga, NY 14227-2771 | ☐ INDIVIDUAL <br><br> ☐ JOINT VENTURE | ☐ PARTNERSHIP <br><br> ☒ CORPORATION | |

| | STATE OF INCORPORATION <br><br> New York |
|---|---|

| SURETY(IES) *(Name(s) and business address(es)* | PENAL SUM OF BOND *(Whole numbers only)* | | | |
|---|---|---|---|---|
| Aegis Security Insurance Company <br> PO Box 3153 <br> Harrisburg, PA 17105 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 000 | 206 | 658 | 69 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| | FA6670-14-D-0003 -0006 |
| 9/28/2015 | Repair Bldg 907 |

### OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

### CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

### WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1.Strock Enterprises LTD <br><br>(Seal) | 2. <br><br>(Seal) | 3. <br><br>(Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1.David L Strock, President | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. <br><br>(Seal) | 2. <br><br>(Seal) | |
| NAME(S) *(Typed)* | 1. | 2. | |

| CORPORATE SURETY(IES) | | | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | Aegis Security Insurance Company <br> PO Box 3153, Harrisburg, PA 17105 | STATE OF INC. <br> PA | LIABILITY LIMIT <br> $   $5,340,000.00 | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1.Alissa J. Wolf, Attorney-in-Fact | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION <br> Previous edition is usable

**STANDARD FORM 25A** (REV. 8/2014) <br> Prescribed by GSA-FAR (48 CFR) 53.2228(c)

| CORPORATE SURETY(IES) *(Continued)* | | | | | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 U.S.C. Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."

In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2014) **BACK**

ACKNOWLEDGMENT OF PRINCIPAL

STATE OF _____New York_____ )
                                                  ) SS.:
COUNTY OF _____ )

            On the __6th__ day of _____October_____ in the year __2015__, before me, the undersigned, personally appeared _____David L Strock_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                            _____
                                                        Notary Public

ACKNOWLEDGMENT OF SURETY

STATE OF _____New York_____ )
                                                  ) SS.:
COUNTY OF _____Erie_____ )

            On the __6th__ day of _____October_____ in the year __2015__, before me, the undersigned, personally appeared _____Alissa J. Wolf_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                            _____
                                                        Notary Public

FILED: ERIE COUNTY CLERK 11/09/2017 03:43 PM
NYSCEF DOC. NO.  Case 1:18-cv-00392-LJV  Document 1-1  Filed 03/28/18  Page 95 of 118

INDEX NO. 816061/2017
NYSCEF: 11/09/2017

# AEGIS SECURITY INSURANCE COMPANY

2407 PARK DRIVE, SUITE 900, P. O. BOX 3153
HARRISBURG, PA 17110
(717) 657-9671 □FAX: (717) 657-5837

## BOND EXECUTION REPORT

**Bond # B10 026 600**

☐  **CHECK HERE IF SBA ACCOUNT/BOND**

**Principal Information**

Name: Strock Enterprises LTD

Address: 2095 Old Union Road, Cheektowaga, NY 14227

**Bond Information**

| Effective Date: 10/6/2015 | Bond Rate: $27.50 slide | | Expiration Date: 10/6/2016 |
|---|---|---|---|
| Bond Amount: $57,242.00 | | Premium Amount: Payable: | $1,574.00 |
| Class Code: | Product Code: | | ■  each year |
| ☐  Fidelity  ■  Surety  Type: | | | ☐  one time premium ☐  other |
| Renewal Instructions: ☐  New each year ☐ Continuous ☐  Term Job Description: | | | |
| Renewal Code: | Reinsurance Code: | State: | |

**Obligee Information**

Name: Operational Contracting Office, 914 CONG/LGC

Address: 2720 Kirkbridge Drive, Niagara Falls, NY 14304

**Agent Information**

| Name:  Lawley Construction Solution | Code #: |
|---|---|
| Commission:32.50 | Date Entered in the System  9/28/2015 |

B-42 (02/96)

Bond No. B10 026 600

| **PERFORMANCE BOND** *(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* 10/6/2015   Executed In Duplicate | OMB Number: **9000-0045** Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | | |
|---|---|---|---|
| Strock Enterprises LTD 2095 Old Union Road Cheektowaga, NY 14227-2771 | ☐ INDIVIDUAL ☐ JOINT VENTURE | ☐ PARTNERSHIP ☒ CORPORATION | |

| | STATE OF INCORPORATION New York | | | |
|---|---|---|---|---|
| SURETY(IES) *(Name(s) and business address(es)* Aegis Security Insurance Company PO Box 3153 Harrisburg, PA 17105 | PENAL SUM OF BOND *(whole numbers only)* | | | |

| MILLION(S) | THOUSANDS | HUNDRED(S) | CENTS |
|---|---|---|---|
| 000 | 057 | 242 | 00 |

| CONTRACT DATE | CONTRACT NO. FA6670-14-D-0003-0008 |
|---|---|
| 9/30/2015 | Repair Bldg 827 |

OBLIGATION

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we the sureties bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS

The Principal has entered into the contract identified above.

THEREFORE

The above obligation is void if the Principal-

(a)(1)  Performs and fulfills all the undertaking, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b)  Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 U.S.C. Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | Strock Enterprises LTD (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. David L Strock, President | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) | (Seal) |
| NAME(S) *(Typed)* | 1. | 2. | |

**CORPORATE SURETY(IES)**

| | NAME & ADDRESS | Aegis Security Insurance Company PO Box 3153, Harrisburg, PA 17105 | STATE OF INC. PA | LIABILITY LIMIT ($) $5,340,000.00 | |
|---|---|---|---|---|---|
| SURETY A | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S *(Typed)* | 1. Alissa J. Wolf, Attorney-in-Fact | 2. | | |

| AUTHORIZED FOR LOCAL REPRODUCTION Previous edition not usable | **STANDARD FORM 25** (REV. 8/2014) Prescribed by GSA-FAR (48 CFR) 53.228 (b) |
|---|---|

CORPORATE SURETY(IES) *(Continued)*

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) $27.50 per Thousand | TOTAL ($) $1,574.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2014) **BACK**

Bond No. B10 026 600

| PAYMENT BOND<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br><br>10/6/2015    Executed In Duplicate | OMB Number: **9000-0045**<br>Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br><br>Strock Enterprises LTD<br>2095 Old Union Road<br>Cheektowaga, NY 14227-2771 | TYPE OF ORGANIZATION *("X" one)*<br><br>☐ INDIVIDUAL        ☐ PARTNERSHIP<br><br>☐ JOINT VENTURE    ☒ CORPORATION |
|---|---|

| | STATE OF INCORPORATION<br><br>New York |
|---|---|

| SURETY(IES) *(Name(s) and business address(es)*<br><br>Aegis Security Insurance Company<br>PO Box 3153<br>Harrisburg, PA 17105 | PENAL SUM OF BOND *(Whole numbers only)* | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 000 | 057 | 242 | 00 |

| CONTRACT DATE<br><br>9/30/2015 | CONTRACT NO.<br>FA6670-14-D-0003-0008<br><br>Repair Bldg 827 |
|---|---|

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1.Strock Enterprises LTD<br>(Seal) | 2.<br>(Seal) | 3.<br>(Seal) | Corporate<br>Seal |
| NAME(S) &<br>TITLE(S)<br>*(Typed)* | 1.David L Strock, President | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | |
| NAME(S)<br>*(Typed)* | 1. | 2. | |

| CORPORATE SURETY(IES) | | | | |
|---|---|---|---|---|
| SURETY A | NAME &<br>ADDRESS | Aegis Security Insurance Company<br>PO Box 3153, Harrisburg, PA 17105 | STATE OF INC.<br>PA | LIABILITY LIMIT<br>$    $5,340,000.00 | |
| | SIGNATURE(S) | 1. | 2. | | Corporate<br>Seal |
| | NAME(S) &<br>TITLE(S)<br>*(Typed)* | 1.Alissa J. Wolf, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 25A** (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) (Continued)

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |

| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |

| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |

| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |

| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |

| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 U.S.C. Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."

In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2014) **BACK**

ACKNOWLEDGMENT OF PRINCIPAL

STATE OF _____New York_____ )
                                                   ) SS.:
COUNTY OF _____Erie_____ )

On the _____ day of _____October_____ in the year __2015__, before me, the undersigned, personally appeared _____David L Strock_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

ACKNOWLEDGMENT OF SURETY

STATE OF _____New York_____ )
                                                   ) SS.:
COUNTY OF _____Erie_____ )

On the __6th__ day of _____October_____ in the year __2015__, before me, the undersigned, personally appeared _____Alissa J. Wolf_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

## AEGIS SECURITY INSURANCE COMPANY

2407 PARK DRIVE, SUITE 200, P. O. BOX 3153
HARRISBURG, PA 17110
(717) 657-9671 · FAX: (717) 657-5837

# BOND EXECUTION REPORT

Bond #  **B10 026 624**

☐  **CHECK HERE IF SBA ACCOUNT/BOND**

**Principal Information**

| Name: | Strock Enterprises LTD |
|---|---|
| Address: | 2095 Old Union Road, Cheektowaga, NY 14227 |

**Bond Information**

| Effective Date:  4/5/16 | **Bond Rate:** $2750 for 1st $100,000. $16.50 for remainting $111,967. | Expiration Date:  4/5/17 |
|---|---|---|

| Bond Amount: $ $211,967.34 | Premium Amount:  $ Payable: |
|---|---|
| Class Code: | Product Code: |
| ☐ Fidelity ■ Surety  Type: | |

Premium Amount: $
Payable: ■ each year
☐ one time premium
☐ other

Renewal Instructions: ☐  New each year   ☐ Continuous   ☐   Term
Job Description:

| Renewal Code: | Reinsurance Code: | State: |
|---|---|---|

**Obligee Information**

Name:  Operational Contracting Office, 914 CONG/LGC

Address: 2720 Kirkbridge Drive, Niagara Falls, NY 14304

**Agent Information**

| Lawley Agency Name: | |
|---|---|
| | Code #: |
| Commission:  $32.50 | **Date Entered in the System 4/5/16** |

B-42 (02/96)

Bond No. B10 026 624

| **PERFORMANCE BOND** *(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* <br> 4/5/2016    Executed In Duplicate | OMB Number: **9000-0045** <br> Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | |
|---|---|---|
| Strock Enterprises LTD <br> 2095 Old Union Road <br> Cheektowaga, NY 14227-2771 | [X] INDIVIDUAL <br><br> [X] JOINT VENTURE | [X] PARTNERSHIP <br><br> [X] CORPORATION |

| | STATE OF INCORPORATION <br> New York |
|---|---|

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND *(whole numbers only)* | | | |
|---|---|---|---|---|
| Aegis Security Insurance Company <br> P.O. Box 3153 <br> Harrisburg, PA 17105 | MILLION(S) <br> 000 | THOUSANDS <br> 211 | HUNDRED(S) <br> 967 | CENTS <br> 34 |

| CONTRACT DATE <br><br> 3/7/2016 | CONTRACT NO. <br> FA6670-14-D-0003-0007 <br> Repair Building Number 600. |
|---|---|

OBLIGATION

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we the sureties bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS

The Principal has entered into the contract identified above.

THEREFORE

The above obligation is void if the Principal-

(a)(1)  Performs and fulfills all the undertaking, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b)    Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 U.S.C. Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| **PRINCIPAL** | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. Strock Enterprises LTD <br> (Seal) | 2. <br> (Seal) | 3. <br> (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. David L Strock, President | 2. | 3. | |

| **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|
| SIGNATURE(S) | 1. <br> (Seal) | 2. <br> (Seal) |
| NAME(S) *(Typed)* | 1. | 2. |

| | **CORPORATE SURETY(IES)** | | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | Aegis Security Insurance Company <br> P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC. <br> PA | LIABILITY LIMIT ($) <br> $5,340,000.00 | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. Victoria Rivera, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION <br> Previous edition not usable

**STANDARD FORM 25** (REV. 8/2014) <br> Prescribed by GSA-FAR (48 CFR) 53.228 (b)

**CORPORATE SURETY(IES) (Continued)**

| | | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) $27.50 per thousand for the first $100,000. $16.50 per thousand for remaining $111,967. | TOTAL ($) $4,597.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2014) **BACK**

Bond No. B10 026 624

| **PAYMENT BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br><br>4/5/2016     Executed In Duplicate | OMB Number: **9000-0045**<br>Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT:  Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br><br>Strock Enterprises LTD<br>2095 Old Union Road<br>Cheektowaga, NY 14227-2771 | TYPE OF ORGANIZATION *("X" one)*<br><br>[X] INDIVIDUAL          [X] PARTNERSHIP<br><br>[X] JOINT VENTURE      [X] CORPORATION |
|---|---|

STATE OF INCORPORATION

New York

| SURETY(IES) *(Name(s) and business address(es))*<br><br>Aegis Security Insurance Company<br>P.O. Box 3153<br>Harrisburg, PA 17105 | PENAL SUM OF BOND *(Whole numbers only)* | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 000 | 211 | 967 | 34 |

| CONTRACT DATE<br><br>3/7/2016 | CONTRACT NO.<br>FA6670-14-D-0003-0007<br><br>Repair Building Number 600. |
|---|---|

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| **PRINCIPAL** | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1.Strock Enterprises LTD<br>(Seal) | 2.<br>(Seal) | 3.<br>(Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1.David L Strock, President | 2. | 3. | |

| **INDIVIDUAL SURETY(IES)** | | | |
|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | |
| NAME(S) *(Typed)* | 1. | 2. | |

| **CORPORATE SURETY(IES)** | | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | Aegis Security Insurance Company<br>P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC.<br>PA | LIABILITY LIMIT<br>$5,340,000.00 | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1.Victoria Rivera, Attorney-in-Fact | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION<br>Previous edition is usable

**STANDARD FORM 25A** (REV. 8/2014)<br>Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| | | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 U.S.C. Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."

In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

ACKNOWLEDGMENT OF PRINCIPAL

STATE OF _____New York_____ )
                                                    ) SS.:
COUNTY OF _____Erie_____ )

        On the _____ day of_____April_____ in the year __2016__, before me, the undersigned, personally appeared _____David L Strock_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

ACKNOWLEDGMENT OF SURETY

STATE OF _____New York_____ )
                                                    ) SS.:
COUNTY OF _____Erie_____ )

        On the __5th__ day of_____April_____ in the year __2016__, before me, the undersigned, personally appeared _____Victoria Rivera_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

## AEGIS SECURITY INSURANCE COMPANY

2407 PARK DRIVE, SUITE 200, P. O. BOX 3153
HARRISBURG, PA 17110
(717) 657-9671 · FAX: (717) 657-5837

# BOND EXECUTION REPORT

Bond #   **B10 027 607**

☐   **CHECK HERE IF SBA ACCOUNT/BOND**

**Principal Information**

Name:   Strock Enterprises LTD

Address:   2095 Old Union Road, Cheektowaga, NY 14227

**Bond Information**

| Effective Date:  5/16/16 | Bond Rate: $27.50 | Expiration Date: 5/16/17 |
|---|---|---|

Bond Amount: $ 234,714.00

Class Code:            Product Code:

☐  Fidelity  ■  Surety  Type:

Premium Amount:     $
Payable:     ■  each year
☐  one time premium
☐  other

Renewal Instructions: ☐   New each year        ☐ Continuous        ☐   Term
Job Description:

| Renewal Code: | Reinsurance Code: | State: |
|---|---|---|

**Obligee Information**

Name:   MICC Fort Drum

Address:    45 West Street, Fort Drum, NY 13602

**Agent Information**

Name:   Lawley Agency

Code #:

| Commission:  $32.50 | **5/16/16** **Date Entered in the System** |
|---|---|

B-42 (02/96)

Bond No. B10 027 607

| **PERFORMANCE BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>5/17/2016      Executed In Duplicate | OMB Number:  **9000-0045**<br>Expiration Date:  **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT:  Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| Strock Enterprises LTD<br>2095 Old Union Road<br>Cheektowaga, NY 14227-2771 | ☐ INDIVIDUAL<br><br>☐ JOINT VENTURE | ☐ PARTNERSHIP<br><br>☒ CORPORATION |

| | STATE OF INCORPORATION<br>New York |
|---|---|

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND *(whole numbers only)* | | | |
|---|---|---|---|---|
| Aegis Security Insurance Company<br>P.O. Box 3153<br>Harrisburg, PA 17105 | MILLION(S)<br>000 | THOUSAND(S)<br>234 | HUNDRED(S)<br>714 | CENTS<br>00 |

| | CONTRACT DATE | CONTRACT NO. |
|---|---|---|
| | 07/02/2012 | W911S2-12-D-8005 |
| | 05/12/2016 | W911S2-12-D-8005-0013 |
| | | Repair Storm Drainage at P25 and P26. |

OBLIGATION

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we the sureties bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us.  For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS

The Principal has entered into the contract identified above.

THEREFORE

The above obligation is void if the Principal-

   (a)(1)  Performs and fulfills all the undertaking, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies)  and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

   (b)   Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 U.S.C. Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| | **PRINCIPAL** | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. Strock Enterprises LTD<br>(Seal) | 2.<br>(Seal) | 3.<br>(Seal) | Corporate<br>Seal |
| NAME(S) &<br>TITLE(S)<br>*(Typed)* | 1. David L Strock, President | 2. | 3. | |

| | **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | (Seal) |
| NAME(S)<br>*(Typed)* | 1. | 2. | |

| | | **CORPORATE SURETY(IES)** | | | |
|---|---|---|---|---|---|
| **SURETY A** | NAME &<br>ADDRESS | Aegis Security Insurance Company<br>P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC.<br>PA | LIABILITY LIMIT ($)<br>$5,340,000.00 | Corporate<br>Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) &<br>TITLE(S<br>*(Typed)* | 1. Victoria Rivera, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION<br>Previous edition not usable

**STANDARD FORM 25** (REV. 8/2014)<br>Prescribed by GSA-FAR (48 CFR) 53.228 (b)

**CORPORATE SURETY(IES) *(Continued)***

| | | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| **SURETY B** | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| **SURETY C** | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| **SURETY D** | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| **SURETY E** | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| **SURETY F** | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| **SURETY G** | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ► | RATE PER THOUSAND ($) $21.19 | TOTAL ($) $4,973.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2014) **BACK**

Bond No. B10 027 607

| PAYMENT BOND<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br><br>5/17/2016    Executed In Duplicate | OMB Number: **9000-0045**<br>Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br><br>Strock Enterprises LTD<br>2095 Old Union Road<br>Cheektowaga, NY 14227-2771 | TYPE OF ORGANIZATION *("X" one)*<br><br>☐ INDIVIDUAL          ☐ PARTNERSHIP<br><br>☐ JOINT VENTURE      ☒ CORPORATION |
|---|---|
| | STATE OF INCORPORATION<br><br>New York |

| SURETY(IES) *(Name(s) and business address(es)*<br><br>Aegis Security Insurance Company<br>P.O. Box 3153<br>Harrisburg, PA 17105 | PENAL SUM OF BOND *(Whole numbers only)* | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 000 | 234 | 714 | 00 |
| | CONTRACT DATE<br>07/02/2012<br>05/12/2016 | CONTRACT NO.<br>W911S2-12-D-8005<br>W911S2-12-D-8005-0013<br>Repair Storm Drainage at P25 and P26. | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1.Strock Enterprises LTD<br>(Seal) | 2.<br>(Seal) | 3.<br>(Seal) | Corporate<br>Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1.David L Strock, President | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) |
| NAME(S) *(Typed)* | 1. | 2. |

| CORPORATE SURETY(IES) | | | | | |
|---|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | Aegis Security Insurance Company<br>P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC.<br>PA | LIABILITY LIMIT<br>$  5,340,000.00 | Corporate<br>Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1.Victoria Rivera, Attorney-in-Fact | | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 25A** (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| | | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 U.S.C. Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."

In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2014) **BACK**

ACKNOWLEDGMENT OF PRINCIPAL

STATE OF _____New York_____ )
                                                  ) SS.:
COUNTY OF _____Erie_____ )

On the _____ day of _____May_____ in the year __2016__, before me, the undersigned, personally appeared _____David L Strock_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
                                                    Notary Public

ACKNOWLEDGMENT OF SURETY

STATE OF _____New York_____ )
                                                  ) SS.:
COUNTY OF _____Erie_____ )

On the __17th__ day of _____May_____ in the year __2016__, before me, the undersigned, personally appeared _____Victoria Rivera_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
                                                    Notary Public

FILED: ERIE COUNTY CLERK 11/09/2017 03:43 PM
NYSCEF DOC. NO. Case 1:18-cv-00392-LJV   Document 1-1   Filed 03/28/18   Page 113 of 118

INDEX NO. 816061/2017

RECEIVED NYSCEF: 11/09/2017

# AEGIS SECURITY INSURANCE COMPANY

2407 PARK DRIVE, SUITE 200, P. O. BOX 3166
HARRISBURG, PA 17110
(717) 657-9671 · FAX: (717) 657-5837

## BOND EXECUTION REPORT

Bond # B10 027 614

☐ **CHECK HERE IF SBA ACCOUNT/BOND**

**Principal Information**

Name: Strock Enterprises LTD

Address: 2095 Old Union Road, Cheektowaga, NY 14227

**Bond Information**

| | | |
|---|---|---|
| Effective Date: 5/27/16 | Bond Rate: $27.50 first $100,000 $16.50 remaining $211,575. | Expiration Date: 5/27/17 |

Bond Amount: $ 311,575.00

Premium Amount: $ 6,241.00
Payable: ■ each year
☐ one time premium
☐ other

Class Code:    Product Code:

☐ Fidelity ■ Surety Type:

Renewal Instructions: ☐ New each year    ☐ Continuous    ☐ Term
Job Description: MT MORRIS DAM DEBRIS REMOVAL 2016

Renewal Code:    Reinsurance Code:    State:

**Obligee Information**

Name: USACE - Buffalo

Address: 1776 Niagara Street, Buffalo, NY 14207

**Agent Information**

Name: Lawley Agency    Code #:

Commission: $32.50

|5/27/16
**Date Entered in the System**

B-42 (02/96)

Bond No. B10 027 614

| **PERFORMANCE BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract)<br>5/26/2016   Executed In Duplicate | OMB Number: **9000-0045**<br>Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | | |
|---|---|---|---|
| Strock Enterprises LTD<br>2095 Old Union Road<br>Cheektowaga, NY 14227-2771 | ☐ INDIVIDUAL<br><br>☐ JOINT VENTURE | ☐ PARTNERSHIP<br><br>☒ CORPORATION | |

| | STATE OF INCORPORATION |
|---|---|
| | New York |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND (whole numbers only) | | | |
|---|---|---|---|---|
| Aegis Security Insurance Company<br>P.O. Box 3153<br>Harrisburg, PA 17105 | MILLION(S)<br>000 | THOUSAND(S)<br>311 | HUNDRED(S)<br>575 | CENTS<br>00 |

| CONTRACT DATE | CONTRACT NO.<br>W912P4-15-D-0003-0002 |
|---|---|
| 5/17/2016 | MT MORRIS DAM DEBRIS REMOVAL 2016 |

OBLIGATION

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we the sureties bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS

The Principal has entered into the contract identified above.

THEREFORE

The above obligation is void if the Principal-

(a)(1) Performs and fulfills all the undertaking, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b)    Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 U.S.C. Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| **PRINCIPAL** | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1.Strock Enterprises LTD<br>(Seal) | 2.<br>(Seal) | 3.<br>(Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1.David L Strock, President | 2. | 3. | |

| **INDIVIDUAL SURETY(IES)** | | | |
|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | (Seal) |
| NAME(S) (Typed) | 1. | 2. | |

| **CORPORATE SURETY(IES)** | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | Aegis Security Insurance Company<br>P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC.<br>PA | LIABILITY LIMIT ($)<br>$5,340,000.00 | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1.Victoria Rivera, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

**STANDARD FORM 25** (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.228 (b)

## CORPORATE SURETY(IES) *(Continued)*

| | | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

| **BOND PREMIUM** ▶ | RATE PER THOUSAND ($) $27.50 first $100,000. $16.50 remaining $211,575.00 | TOTAL ($) $6,241.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2014) **BACK**

Bond No. B10 027 614

| PAYMENT BOND<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br><br>5/26/2016    Executed In Duplicate | OMB Number: **9000-0045**<br>Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br><br>Strock Enterprises LTD<br>2095 Old Union Road<br>Cheektowaga, NY 14227-2771 | TYPE OF ORGANIZATION *("X" one)*<br><br>☐ INDIVIDUAL      ☐ PARTNERSHIP<br><br>☐ JOINT VENTURE    ☒ CORPORATION |
|---|---|

STATE OF INCORPORATION

New York

| SURETY(IES) *(Name(s) and business address(es))*<br><br>Aegis Security Insurance Company<br>P.O. Box 3153<br>Harrisburg, PA 17105 | PENAL SUM OF BOND *(Whole numbers only)* | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 000 | 311 | 575 | 00 |
| | CONTRACT DATE<br><br>5/17/2016 | CONTRACT NO.<br>W912P4-15-D-0003-0002<br>MT MORRIS DAM DEBRIS<br>REMOVAL 2016 | | |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. Strock Enterprises LTD<br>(Seal) | 2.<br>(Seal) | 3.<br>(Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. David L Strock, President | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | |
| NAME(S) *(Typed)* | 1. | 2. | |

| CORPORATE SURETY(IES) | | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | Aegis Security Insurance Company<br>P.O. Box 3153, Harrisburg, PA 17105 | STATE OF INC.<br>PA | LIABILITY LIMIT<br>$ 5,340,000.00 |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. Victoria Rivera, Attorney-in-Fact | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 25A** (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 U.S.C. Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."

In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2014) **BACK**

ACKNOWLEDGMENT OF PRINCIPAL

STATE OF ___New York___ )
                       ) SS.:
COUNTY OF ___Erie___ )

         On the _____ day of _____ in the year __2016__, before me, the undersigned, personally appeared _____David L Strock_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                                _____
                                                     Notary Public

ACKNOWLEDGMENT OF SURETY

STATE OF ___Ne York___ )
                       ) SS.:
COUNTY OF ___Erie___ )

         On the __26th__ day of_____May_____ in the year ___2016___, before me, the undersigned, personally appeared _____Victoria Rivera_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                                  _____
                                                     Notary Public